FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2015 JAN 29 PM 1:59

JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. (15- CV - 00197)

Plaintiff(s). Rishi Singh

v.

Defendant(s). Jacob Joseph Lew

---

**CONSENT FORM PURSUANT TO PILOT PROGRAM TO IMPLEMENT THE DIRECT ASSIGNMENT OF CIVIL CASES TO FULL TIME MAGISTRATE JUDGES**

---

Under 28 U.S.C. § 636(c) and the Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges:

**CHECK ONE**

~~all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;~~

**OR**

✓ at least one party in this civil action **DOES NOT CONSENT** to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

| Signatures | Party Represented | Date |
|---|---|---|
| /s/ Rishi Singh | Rishi Singh, Plaintiff | 1/29/2015 |

Print name
Rishi Singh

Print name

Adopted January 15, 2014

Signatures            Party Represented            Date

Print name

Print name

**NOTE:** You must execute and file this Consent Form, indicating either the unanimous consent of the parties or that at least one party has declined to consent, at the earlier of: (1) not more than ten days after the scheduling conference; or (2) not more than forty-five days after the filing of the first response, other than an answer, to the operative complaint.