FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 9 2015

JEFFREY P. COLWELL
CLERK

Rishi Singh
41300 Juniper Springs Ct.
Steamboat Springs, Colorado.
[80487]

United States District Court
for the District of Colorado
901 19th Street - A105
Denver, Colorado.
[80294]

Certified Mail # 70062760000306971716

Dear clerk;

Please file these refusal for cause(s) in the case jacket of Article III case 15 – CV- 00197. *FEB- MEH*
This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

### Certificate of Mailing

My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed registered mail as indicated back to the presenter within a few days of presentment.

Rishi Singh    2/7/2015

COUNTY COURT, ROUTT COUNTY
PO Box 773117,
Steamboat Springs, CO.
[80477]

Certified Mail # 70062760000306972386

# APPLICATION FOR PAYMENT SCHEDULE

## ***NOTICE***

ALL FINES & COSTS ARE DUE ON YOUR SENTENCING DATE

You may return before 5:00 pm TODAY with cash, check, money order, Visa or MasterCard credit or debit card to pay your fine. You can go online @www.courts.state.co.us to epay also.

You may apply to see if you are eligible for an extension. There is a $25 **time payment fee (annually)** for all extensions granted. The process for applying may take up to one hour. You will be required to complete a financial application and may then discuss your situation with the Collections Investigator. Only the Collections Investigator can determine whether or not you qualify for an extension.

IF YOU CURRENTLY HAVE A DELINQUENT ACCOUNT ON ANOTHER CASE YOU MAY BE DENIED TIME ON A NEW CASE

Requests for time to pay on amounts less than $100 are generally denied.

## ***WARNING***

If you leave without paying or completing the financial investigation and do not return before 5:00 pm with full payment, the following consequences may take effect.

- $25 annual time payment fee assessed (pursuant to HB 1198)
- $10 late payment fee assessed (pursuant to HB1198)
- $30 outstanding judgment warrant fee/OJWF assessed (pursuant to CRS 42-4-709(7)(a))
- Warrant issued for your arrest.
- A lien placed against your driving privilege.
- Account reported to a collection agency with additional fees added.

Name: _____  Case #:_____

Deadline to contact Collections Office: _____

**Sharon Martin, Collections Investigator**
**Routt County Combined Courts, 970-879-5020 x5**

# JUDICIAL FINANCIAL WORKSHEET
*Planilla de datos financieros*

Complete the following worksheet - PLEASE PRINT NEATLY/*Complete la siguiente planilla. FAVOR DE ESCRIBIR CLARAMENTE.*

## 1. Defendant Information/*Datos del acusado*:

Last Name/*Apellido* _____
First Name/*Nombre* _____ MI _____
Mailing Address/*Dirección*: _____

Street Address, Apt #/*Domicilio, n° de departamento*

City, State, Zip/*Ciudad, estado, código postal*

Home Ph #/*Teléfono de la casa* _____

Date of Birth/*Fecha de nacimiento* _____
SSN/*N° de seguro social* _____
Alien Number/*Número de residente permanente* _____

Employer/*Empleador* _____
Work Phone/*Teléfono del trabajo* _____
Mailing Address/*Dirección del empleador*

City, State, Zip/*Ciudad, estado, código postal*

Hours/Week/*Horas/semana* _____
Hourly Rate/*Pago por hora* _____
Pay Dates/*Fechas de pago* _____

DL. No. & State/*N° de licencia y estado*

Vehicle Year/Make/*Año/marca del vehículo*

## 2. Residence Information/*Información de su residencia*:

Do you own your home?/*¿Es usted el dueño de su casa?*
If you rent, please provide landlord name, address and phone #:

Do you rent your home?/*¿Renta su casa?* _____
*Si renta, favor de dar el nombre, dirección y teléfono del dueño:*

## 3. References/*Referencias*:

A. Name/*Nombre* _____
Home Ph #/*Teléfono de casa* _____

B. Name/*Nombre* _____
Home Ph #/*Teléfono de casa* _____

Mailing Address/*Dirección*: _____
City, State, Zip/*Ciudad, estado, código postal*

Mailing Address/*Dirección*: _____
City, State, Zip/*Ciudad, estado, código postal*

## 4. Financial Information/*Datos financieros*:

Amount paying today/*Monto a pagar hoy* _____
Bank Name/*Banco* _____ Balance/*Saldo* $ ____
Checking Acct No./*N° de cuenta de cheques*:

Bank Name/*Banco* _____ Balance/*Saldo* $ ____
Savings Acct No./*N° de cuenta de ahorros*:

Marital Status/*Estado civil* _____
No. of kids/*N° de niños que viven el hogar* ____
No. of adults/*N° de adultos que vive en el hogar* ____
No. of kids supported/*N° de niños que mantiene* ____
MasterCard or Visa?/*¿Tiene tarjeta Mastercard o Visa?* ____

### Gross Monthly Income/*Ingresos mensuales brutos*:
Your Earnings/*Sus ingresos* $_____
Spouses Earnings/*Ingresos del cónyuge* $_____
Retirement Earnings/*Pagos de jubilación/pensión* $_____
Social Security/Disability/*Seguro soc./discapacidad* $_____
Welfare/AFDC/TANF/*Prestaciones sociales* $_____
Food Stamps/*Estampillas para alimentos* $_____
Other/*Otros ingresos* $_____
Other/*Otros ingresos* $_____
Other/*Otros ingresos* $_____
Other/*Otros ingresos* $_____

Total Income/*Monto total de ingresos* $_____

### Basic Monthly Expenses/*Gastos mensuales básicos*:
Rent/House Payment/*Alquiler/hipoteca*: $_____
Housing Assistance?/*¿Prestaciones de vivienda?* $_____
Food/*Alimentos* $_____
Utilities/*Luz/agua/teléfono* $_____
Alim./Child Sup./*Manutención del cónyuge/hijos* $_____
Car Payment/*Pagos del carro* $_____
Car Insurance/*Pagos de la póliza de seguro del carro* $_____
Other/*Otros gastos* $_____
Other/*Otros gastos* $_____
Other/*Otros gastos* $_____

Total Expenses/*Monto total de gastos* $_____

I understand that I have been court ordered to pay assessed fines, fees, restitution, and court costs and they are due immediately per C.R.S. §16-11-101.6 and C.R.S. §16-18.5-104. I am applying to have a time payment plan because I am unable to pay the full amount owed at this time. I consent to an investigation into all the information provided on this application. I understand I must promptly report any change in address, phone, job status, income, assets, or other financial circumstances.

*Entiendo que, por orden judicial, debo pagar las multas, los montos, la indemnización y las costas judiciales impuestas y que, conforme a lo dispuesto en Las Leyes Vigentes de Colorado, artículos 16-11-101.6 y 16-18.5-104, éstos son pagaderos de inmediato. Presento esta solicitud de plan de pagos a plazos porque no puedo pagar el monto total adeudado en este momento. Autorizo que se investiguen los datos suministrados en la presente solicitud. Entiendo que debo comunicar de inmediato todo cambio de dirección, teléfono, empleo, desempleo, ingresos u otras circunstancias económicas.*

I certify that the information provided in this application is true and correct as of the date set forth opposite my signature and acknowledge my understanding that any knowing misrepresentation(s) contained in this financial disclosure may result in further action being taken against me by the court or law enforcement. I agree that if I give false information or false identifying information for purposes of seeking a payment plan, that information in this application may be shared with law enforcement and I may be subject to criminal prosecution. I understand that I may be subject to penalties, including but not limited to imprisonment if I wilfully fail to obey the court's order. I understand that my request for a payment plan may or may not be granted. If I cannot make a payment, it is my responsibility to contact the collections investigator to explain the circumstances and seek other arrangements if possible.

*Declaro que la información suministrada en la presente solicitud es veraz y correcta en la fecha que aparece junto a mi firma y que entiendo que toda información falsa en esta declaración de datos económicos podrá llevar a que el juez o las fuerzas del orden público tomen medidas contra mí. Reconozco que si suministro información o identificación falsa para conseguir un plan de pagos, dicha información podrá transmitírsele a las fuerzas del orden público y podré ser sujeto a una acción penal. Entiendo que se me podrán imponer sanciones, inclusive, sin limitación, un plazo de reclusión carcelaria si incumplo deliberadamente las órdenes del juez. Entiendo que mi solicitud de un plan de pagos podrá ser concedida o rechazada. Si no puedo efectuar un pago, tengo la obligación de comunicarme con el investigador de cobranzas para explicarle la situación y, de ser posible, acordar una opción para el pago.*

Defendant's Signature/*Firma del acusado* _____

Today's Date/*Fecha* _____

| ☒ County ☐ District Court, Routt County, Colorado | |
|---|---|
| Court address:<br>PO Box 773117, Steamboat Springs, CO 80477 | |
| People of the State of Colorado<br>v. Defendant: RISHI SINGH GREWAL | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Rishi Grewal<br>P.O. Box 773114<br>Steamboat Springs, CO 80477<br>Phone Number: (970) 692-2320  E-mail:<br>FAX Number: _____  Atty. Reg. #: _____ | Case Number: 14M284<br>ML Number: 66070352<br>SID Number: _____<br>Division: 1  Courtroom: A |
| **CONDITIONS OF PROBATION FOR THE OFFENSE OF<br>VIOLATION OF PROTECTION ORDER – CRIMINAL (M1) Domestic Violence<br>COUNT III, HARASSMENT – STRIKE/SHOVE – ETHNIC INTIMIDATION (M1)<br>GRANTED ON   02/02/2015 to 02/02/2017** | |

You shall be supervised by the probation department for a period of TWO (2) ☐months ☒years and shall comply with the following conditions and those listed on the reverse side of this form. You may be supervised in an intensive or alternate probation program, as determined by the probation department, with program specific conditions imposed.

**Additional conditions:** You shall abide by, participate in, cooperate with, pay any fees required, and successfully complete the following as indicated:

☐ Community corrections for _____ beginning _____
☐ Electronic monitoring or ☐ Global position monitoring for _____ days
☒ Jail for 365 days with all but 60 days suspended beginning 2/8/15 with a furlough granted from 3/2/15 through 3/4/15 with credit for pre-sentence confinement to run concurrent with 14M284
☐ Work release for _____ beginning _____
☐ Useful Public Service (UPS) _____ hours
☐ You shall not contract any financial obligations without approval of your probation officer and/or Collections Investigator
☐ Support your dependents as stipulated by the court, including child support (e.g. arrangements, payment plans, arrearages)
☒ You shall comply with all terms and restrictions imposed by any Protection Order
☐ You shall not consume alcohol
☐ Substance abuse evaluation/treatment
☒ Mental health evaluation/counseling or treatment. Complete and pay for Psychological Evaluation, Enroll, participate in and complete DV Treatment.
☒ Other: Provide monthly proof of employment monthly as directed by probation officer. Comply with all T's & C's of probation. Meet with Collections Investigator immediately to set-up a payment plan.. Once treatment is complete court will consider unsupervised probation.
☐ Based on your behavior/efforts, Probation is authorized to use the following options, at their discretion, during the period of supervision:
  ☐ Useful Public Service (UPS), up to _____ hours
  ☐ Electronic Monitoring (including GPS), up to _____ days
  ☐ Curfew
  ☐ Request early termination
  ☐ Request reduction in UPS hours
  ☐ Other _____

**As a condition of supervision, you shall pay the following amounts:**

| | | | |
|---|---|---|---|
| Victim compensation cost (VCMP) | $ 78.00 | Drug offender surcharge (DRUG) | $ |
| Victims assistance surcharge (VAST) | $ 115.00 | Special advocate surcharge (SPAD/SPAG) | $ |
| Restitution (REST) | $ | Drug Testing - Cost Recovery | $ 4.80 |
| Time payment fee (TIME) | $ 25.00 | Youthful offender surcharge (YTHO) | $ |
| Sheriff costs (ASSF) | $ | Drug standardized assessment fee (DSAS) | $ 45.00 |
| Attorney fees (ATYF) | $ | PSI drug testing fee (PDTS) | $ |
| Supervision fee (SUPV) | $ 1200.00 | Genetic testing (Offender ID Fee) (OFID) | $ |
| ADDS fee (ALCV) | $ | Public defender fee (PDAR) | $ |
| Fine (FLNF/MISD) | $ 200.00 | Cost of Care - Jail | $ 600.00 |
| Court security fund (CSCF) | $ 5.00 | Address Confidentiality | $ 28.00 |
| Court costs - docket fee (CRTX) | $ 21.00 | Genetic Testing surcharge (GTSC) | $ 2.50 |
| LEAF fee (LEAF) | $ | Restorative Justice Service Charge (RJSF) | $ 10.00 |
| Rural alcohol & substance abuse surcharge (RYAS | $ | Other District Attorney | $ 32.55 |
| Useful Public Service | $ | **TOTAL** | **$ 2366.85** |

A Time Payment Fee shall be assessed on your case unless all amounts (excluding supervision fee) are paid when the Order for payment is entered and such fee shall be assessed annually if there remains an outstanding balance. In addition, late payments are subject to late fees, additional collection action, and collection costs. In the event you need financial assistance to comply with the conditions of probation, funds provided may be subject to recovery. A cost of care reimbursement may be assessed in addition to the amounts above and may be a continuing obligation after probation is terminated. The total amount shall be paid to the Clerk of Court at the address listed above according to a payment schedule as determined by the Collections Investigator or at the rate of $ TBD, per TBD (time period), beginning TBD (date).

_____
Judge                                      Date

I have received a copy of these conditions (front and back page) and have read them carefully with full understanding. I understand that if I violate these conditions, I may be brought before the Court for revocation and imposition of sentence.

_____     _____
Rishi Singh Grewal, Defendant          Date          Stacy Hayes, Probation Officer        Date

*Refused for Cause* (handwritten across page)

# STANDARD CONDITIONS OF PROBATION

**GREWAL, Rishi**  Case Number: 14M284

By signing the previous page and placing my initials after every condition, I will abide by the following conditions:

**Crime-free lifestyle:**

1. I will abide by all local, state and federal laws and will report any contact with law enforcement to my probation officer. _____

2. I will not harass, molest, intimidate, retaliate against, or tamper with any victims of or any prosecution witnesses to the crime. _____

3. I will not act as a confidential informant. _____

4. I will not possess or have access to any firearm, explosive or destructive device, or any other dangerous instrument or weapon. _____

5. I will submit to a search of my residence, vehicle or personal effects, including but not limited to any electronic devices, by probation, when there are reasonable grounds to search. I understand my personal property is subject to seizure if it violates any of the terms and conditions of my probation. _____

6. I will not use alcohol (to excess)* or use or possess any illegal, dangerous, or abusable drugs or controlled substances without a prescription. _____
   *strike out as appropriate/determined by assessment

7. I will submit to drug and alcohol testing as directed by probation. I understand I am responsible for the costs of testing, unless other arrangements have been made through my probation officer. _____

**Treatment:**

8. I will actively participate in, cooperate with and successfully complete any referral, evaluation, assessment or recommended program. These programs may include, but are not limited to: placement in a residential or outpatient program, counseling or treatment for drugs or alcohol, mental health, domestic violence, cognitive behavioral, offense specific or anger management. I will sign any necessary releases of information and I understand I am responsible for the costs of treatment and services unless other arrangements have been made through my probation officer. _____

**Probation Supervision:**

9. I will report to my probation officer for appointments, as directed by the court or the probation office. I understand that my probation officer can visit me at reasonable times at home or elsewhere. I will provide probation safe access to my residence. _____

10. I will notify my probation officer of changes in my address, phone number, employment, or education status. _____

11. I will maintain suitable employment and/or pursue employment, education, or vocational training. _____

12. I will comply with any other requirements of my probation officer in order to meet the conditions imposed by the Court, including answering all reasonable questions asked by my probation officer. _____

13. I will obtain written permission from the court or my probation officer before leaving Colorado. _____

14. If convicted of a felony, I will sign a waiver of extradition agreeing to waive all formal proceedings and return to Colorado in the event I am arrested in another state. _____

15. I will submit to and pay for a genetic marker (DNA) sample as required in §16-11-102.4 C.R.S. _____

16. I will register as a sex offender if convicted of an offense involving unlawful sexual behavior, as required in §16-22-101, et seq. _____

---

**Intensive Programs:** If placed in an intensive probation program, the following additional conditions will also apply:

1. I will remain at my residence and comply with any curfew established by my probation officer. _____
2. I will not consume alcohol. _____
3. I will consent to search of my residence, vehicle or personal effects, including but not limited to any electronic devices, at probation's discretion. _____

COUNTY COURT, ROUTT COUNTY, COLORADO

Court Address: Routt County Justice Center
1955 Shield Drive, P.O. Box 773117
Steamboat, CO 80477
Phone Number: 970-879-5020

˄ **COURT USE ONLY** ˄

Case Number: 2014M 000284

**The People of the State of Colorado**
vs
**GREWAL, RISHI SINGH**

Division: 1A

## SENTENCE ORDER

**Defendant:** GREWAL, RISHI SINGH  **Date of Birth:** 02/09/1967  **DV Code:** DVP

| Count | Class | Plea | Finding |
|---|---|---|---|
| 1  18-6-803.5(1)(a) - VIOLATION P/O-CRIMINAL | M1 | Plea Not Guilty | Guilty |
| 2  18-3-204(1)(a) - ASSAULT 3-KNOW/RECKLESS CAUSE INJURY | M1 | Plea Not Guilty | Not Guilty |
| 3  18-9-111(1)(a),(2) - HARASSMENT-STRIKE/SHOVE-ETHNIC INTIM | M1 | Plea Not Guilty | Guilty |
| 4  18-6-803.5(1)(a) - VIOLATION P/O-CIVIL | M2 | Plea Not Guilty | Not Guilty |

**ASSESSED FINES & COSTS**
**Count # 1**
Court Costs                              $21.00
Court Security Cash Fund                 $5.00
Genetic Testing Surcharge                $2.50
Victims Assistance Fund                  $78.00
Victim Compensation Fund                 $78.00
Address Confidentiality Fund             $28.00
Restorative Justice Surcharge            $10.00
Probation UPDATED SENTENCE: 2 Years
Probation Supervision Fee                $1,200.00
Cost of Care - Jail                      $600.00
Drug Test - Cost Recovery                $4.80
Drug Standardized Assessment             $45.00
Request for Time to Pay                  $25.00
Misdemeanor Fine                         $100.00
District Atty Cost Recovery              $32.55
Jail: 1 Years
Jail SUSPENDED IMPOSITION: 305 Days
**Count # 3**
Victims Assistance Fund                  $37.00
Misdemeanor Fine                         $100.00
Jail: 182 Days
Jail SUSPENDED IMPOSITION: 122 Days
**TOTAL**                                $2,366.85

**Concurrent** with count 1 of case number 14M 284 in County Court Routt County

**Other Conditions of Sentence:**
JAIL STRAIGHT TIME TO BEGIN BY 2/8/15 WITH FURLOUGH GRANTED FROM 03/02/15 TO 03/04/15
CREDIT FOR PRE-SENTENCE CONFINEMENT
COMPLY WITH ALL T&C OF PROBATION
COMPLETE AND PAY FOR PSYCHOLOGICAL EVALUATION
ENROLL, PARTICIPATE IN AND COMPLETE DV TREATMENT
COMPLY WITH PROTECTION ORDER
PROVIDE MONTHLY PROOF OF EMPLOYMENT AS DIRECTED BY PO
MEET WITH COLLECTION INVESTIGATOR IMMEDIATELY AFTER SENTENCING TO SET UP PAYMENT PLAN
ONCE TREATMENT IS COMPLETED COURT WILL CONSIDER UNSUPERVISED PROBATION /SLM

GARRECHT, JAMES HERBERT  
**Judge/Magistrate**                                                                                   02/04/2015  
                                                                                                       Date

GREWAL, RISHI SINGH  
**Defendant**                                                                                          02/04/2015  
                                                                                                       Date

*************************************************************NOTICE*********************

Following this hearing you are to present this form to the Clerk's Office for payment. Payment is due by the end of business on your Court Date. Pursuant to §16-11-101.6, C.R.S., if the Defendant does not pay all amounts assessed at the time of order, the Defendant shall pay an additional time payment fee. In addition, the Defendant may be assessed a late penalty fee each time payment is not received on or before the due date.



Refused for Cause

```
FILE DATE        SCHEDULED EVENT DESCRIPTION              SCHD DATE      TIME       ROOM  PRI
       Status.: HELD-Hearing Held                            Note..:  12-19 AMEND PO
01/15/2015   Pre-Sentence Invest Rpt Filed               Event ID: 000044      E-Filed: N
01/21/2015   Sentencing Hearing                          01/21/2015  10:30 AM   1A
       Officer: JAMES HERBERT GARRECHT                      Length:  1.00 Minute(s)
       Status.: HCNT-Held and Continued                     Note..:  W/12M664
01/22/2015   Review                                      01/21/2015  07:30 AM   R
       Officer: JAMES HERBERT GARRECHT                      Length:  1.00 Minute(s)
       Status.: HELD-Hearing Held                           Note..:  12-19 AMEND PO?
01/29/2015   Filing Other                                Event ID: 000045      E-Filed: N
TRANSCRIPT REQUEST GIVEN TO LOIS                                                       /PMA
01/30/2015   Filing Other                                Event ID: 000046      E-Filed: N
DEF/RST GREWAL, RISHI SINGH
LIBEL OF REVIEW                                                                        /CLP
02/02/2015   Case Closed                                 Event ID: 000047      E-Filed: N
02/02/2015   Final Order of Judgment                     Event ID: 000048      E-Filed: N
02/02/2015   Final Order of Judgment                     Event ID: 000049      E-Filed: N
02/02/2015   Final Order of Judgment                     Event ID: 000050      E-Filed: N
02/02/2015   Final Order of Judgment                     Event ID: 000051      E-Filed: N
02/02/2015   Sentencing Hearing                          02/02/2015  09:00 AM   1A
       Officer: JAMES HERBERT GARRECHT                      Length:  1.00 Minute(s)
       Status.: HELD-Hearing Held                           Note..:  W/12M664
02/02/2015   Review                                      02/02/2015  07:30 AM   R
       Officer: JAMES HERBERT GARRECHT                      Length:  1.00 Minute(s)
       Status.: VACT-Vacated                                Note..:  12-19 AMEND PO?
02/04/2015   Final Order of Judgment                     Event ID: 000052      E-Filed: N
                                        BOND INFORMATION
Bond Id Number.....:  1              Bond Status....: BRLD
Set Date...........: 07/24/2014      Set Amount.....: $750.00              Type: PR
Post Date..........: 07/24/2014      Post Amount....: $750.00              Type: PR
Surety.............: GREWAL, RISHI SINGH
Bond Instructions:
May use for Fines and Costs:
May be released to Defendant:
   Conditions:
   NO WEAPONS NO ALCOHOL NO DRUGS DEF MUST COMPLY WITH MANATORY
   PROT ORDER NO CONTACT SOPHIE AND DEMETRY GREWAL OR TAMMY JACQUES

                        End of Case: 2014 M  000284
```