

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 2 2015

JEFFREY P. COLWELL
CLERK



**Rishi Singh**
41300 Juniper Springs Ct.
**Steamboat Springs, Colorado.**
**[80487]**

United States District Court
for the District of Colorado
901 19th Street - A105
Denver, Colorado.
[80294]

Certified Mail # 70062760000306971761

Dear clerk;

Please file these refusal for cause(s) in the case jacket of Article III case 15 – CV- 00197. *REB-MEH*
This is evidence if this presenter claims I have obligations to perform or makes false claims against
me in the future. A copy of this instruction has been sent with the original refusal for cause back to
the presenter in a timely fashion.

### Certificate of Mailing

My signature below expresses that I have mailed a copy of the presentment, refused for
cause with the original clerk instruction to the district court and the original presentment, refused for
cause in red ink and a copy of this clerk instruction has been mailed registered mail as indicated back
to the presenter within a few days of presentment.

Rishi Singh

**COUNTY COURT, ROUTT COUNTY**
PO Box 773117,
Steamboat Springs, CO.
[80477]

Certified Mail # 70062760000306971747

**ROUTT COUNTY SHERIFF**
2025 Shield Drive
Steamboat Springs, CO.
[80487]

Certified Mail # 70062760000306971754

**DISTRICT ATTORNEY ROUTT**
P.O. Box 773117
Steamboat Springs, CO.
[80477]

Certified Mail # 70062760000306971723

Jacob Joseph LEW
1500 Pennsylvania Avenue NW
City of Washington
District of Columbia
[20220]

1st class mail

County Court
Routt County, Colorado
1955 Shield Drive, Steamboat Springs, Colorado

**RISHI SINGH GREWAL**

vs.

PEOPLE OF THE STATE OF COLORADO

Attorney or Party Without Attorney: (Name & Address)
Rishi Singh
41300 Juniper Springs Ct.
Steamboat Springs, Colorado (80487)

Case Number:
2014M284

Div.:          Ctrm:

**AFFIDAVIT of NOTICE OF EXIGENT/INDIGENT CIRCUMSTANCES RE: ALLOCUTION AFFIDAVIT, CORAM NOVIS AND NOTICE OF APPEAL INCLUDING BAIL BOND (Amended)**

Comes now, Rishi Singh, one of the People as mentioned in the organic Constitution, by and through descendants Christian Holderman and others related by blood, defendant in error, wrongly accused hereby provides Notice:

1. This appearance is a special appearance, by Rishi Grewal, in a non-representative Capacity.

2. Any and all previous appearances in a representative capacity are hereby withdrawn.

3. This Notice of Appeal (amended) amends the original Notice of Appeal filed 02/06/2015.


## In Lieu of Certificate of Exigent/Indigent Circumstances

The Court presumes that I am in contract with the Federal Reserve and consuming upon the national debt in the Federal Reserve Districts. Therefore this Notice of Interlocutory Appeal is in full force and effect, including bonding in lawful money as required by the District Court so as to keep me having to discharge filing and bonding fees with private credit from the Federal Reserve.

Please forward any bill for filling fees:
Rishi Singh c/o 41300 Juniper Springs
Steamboat Springs, Colorado [80487]

## Coram Vobis

The trial court is in error to insist continuing transactions and business after hearing the attached allocution affidavit, made part of and attached as EXHIBIT 1.

## JURISDICTION

Rishi Singh affirms the District Courts Jurisdiction, as original jurisdiction, Colo. Const. Art. VI, Section 9 (2014).

## Section 9. DISTRICT COURTS - JURISDICTION

(1) The district courts shall be trial courts of record with general jurisdiction, and shall have original jurisdiction in all civil, probate, and criminal cases, except as otherwise provided herein, and shall have such appellate jurisdiction as may be prescribed by law.

## MEMORANDUM

The District Attorney - Routt, Brett Barkey, his agents or assigns, has been prosecuting this case using an Oath not in the form of either CRS 24-12-101 or CRS 24-12-102. Rishi Singh has never agreed to be prosecuted against by faulty Oaths from District Attorney, his agents or assigns. The case file in 14M284 contains Certified Copies of the Oath in question. Please review 2015CV00197, as docketed with the United States District Court, District of Colorado. Certified copy of Oath of office of Brett Barkey, District Attorney – Routt, attached and made part of as EXHIBIT 2.

The District Attorney, Brett Barkey is acting neither De Facto nor temporarily as his Oath of office dated from 2013.  Rishi Singh concludes that there, in fact is a permanent vacancy created by the lack of proper form of Oath. [3]

Subscribing to an Oath is required by C.R.S. 20-1-101 (2014), the form of Oath at CRS 24-12-101 & CRS 24-12-102 was not adhered to and created a vacant office of the District Attorney – Routt.

Rishi Singh objected to the prosecution from the first instance until his final statements in the Allocution Affidavit and in the instant appeal. Rishi Singh's objections then and now raise subject matter objections that were not addressed in 14M284. Objections were made timely. [4]

Rishi Singh never entered a plea in the instant case, as the record will reflect a plea of not guilty was entered by the county court judge, over the objections of Rishi Singh. Rishi Singh was attempting to ask the Deputy District Attorney, Melinda Dudley a question related to the nature

and cause of the accusation, when Rishi Singh was interrupted with an involuntary plea. Rishi Singh objected as the question of jurisdiction was directed at the Deputy District Attorney, not the court, thusly violating the separation of powers doctrine, contrary to law (Colo. Const. Art. III (2014). ₆ Therefore, Rishi Singh never waived his right to bring any challenge. ₅

## 24-12-101. Form of oath

Whenever any person is required to take an oath before he enters upon the discharge of any office, position, or business or on any other lawful occasion, it is lawful for any person employed to administer the oath to administer it in the following form: The person swearing, with his hand uplifted, shall swear "by the everliving God". ₁

## 24-12-102. Form of affirmation

**Whenever any person is required to take or subscribe an oath, and in all cases where an oath is to be administered upon any lawful occasion, and such person has conscientious scruples against taking an oath, he shall be permitted to make his solemn affirmation or declaration in the following form: "You do solemnly, sincerely, and truly declare and affirm", which solemn affirmation or declaration is equally valid as if such person had taken an oath in the usual form; and every person guilty of falsely declaring shall incur and suffer the penalties inflicted on persons guilty of perjury in the first degree. ₂**

Rishi Singh states that the sentencing order provided to him at the Routt County Jail was unsigned and the Routt County Deputy Sheriff OZIMEK provided this Sentence Order and told Rishi Singh to proceed to the Routt County Court Clerk the next day to clarify the order. Please see EXHIBIT 3, *Affidavit of Surrender to Routt County Jail* . The sentence order states Count 3: 18-9-111(1) (a), (2). The Uniform Summons and complaint #219026, dated 7/23/14 lists 18-9-111 (1) (a). Therefore the Sentence charge was enhanced without the knowledge of Rishi Singh, wherein Rishi Singh did object to the sentence on the record and this error was also pointed out by the Judge to Rishi Singh, who objected to the sentence on the record.

Rishi Singh states that the Judge also, after sentencing said Rishi Singh had 10 days to appeal the case. Rishi Singh had objected to a 10 day appeal period as that would place him in confinement, and he would be unable to mount a defense. Additionally Colorado Rules of Civil Procedure allow for 35 days to Appeal the case to the District Court.

Rishi Singh hereby preserves and claims from the record of case 14M284, all objections or procedure and law and hereby declines to consent to waiver to any right or protection of law. Rishi Singh requires and notices the Appeals Court, in its original jurisdiction, to hereby review the record for additional claims not waived by Rishi Singh.

---

1 Unlikely that notary public invokes "everliving God" to witness truth of statement. Under most office arrangements where the handling and notarization of papers are routine and perfunctory, as where the notary public is familiar with a signature, it is unlikely that "the everliving God" is invoked to witness the truth of a statement. Rogers v. People, 161 Colo. 317, 422 P.2d 377 (1966).
2 It is not unconstitutional to require an oath or affirmation of jurors. People v. Velarde, 616 P.2d 104 (Colo. 1980).
3 People v. Scott 116P.3d 1231 (Colo. App.2004)
4 People v. Joseph, 920 P.2d 850, 854 (Colo.App.1995)
5 Patton v. People, 35 P.3d 124, 128 (Colo.2001)
6 Van Kleeck v. Ramer, 62 Colo. 4, 156 P. 1108 (1916); Watrous v. Golden Chamber of Commerce, 121 Colo. 521, 218 P.2d 498 (1950); People v. Davis, 186 Colo. 186, 526 P.2d 312 (1974).

Rishi Singh hereby notices and petitions this court to notify him of any insufficiency of this notice and allowed, by lawful notice and leave of court, to correct such defect.

Wherefore, Rishi Singh petitions and requires relief from the damages and injuries laid upon him.

Sealed by my hand:

Date: 2/11/2015

State of Colorado, County of Routt,

On 02-11-2015 before me, Eric S Hunter, Notary Public, appeared Rishi Singh, who proved to me on the basis of satisfactory evidence to be the man whose signature is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, the above man in his capacity as a people of The United States of America executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State that the foregoing paragraph is true and correct.

Witness my hand and official seal: Eric S Hunter

| |
|---|
| ERIC S HUNTER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20144032280
MY COMMISSION EXPIRES AUGUST 18, 2018 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above AFFIDAVIT of NOTICE OF EXIGENT/INDIGENT CIRCUMSTANCES RE: ALLOCUTION AFFIDAVIT, CORAM NOVIS AND NOTICE OF APPEAL INCLUDING BAIL BOND (Amended) has been furnished by my hand to: District Attorney for the 14th Judicial District, office window, this, tenth Day, 11th February, 2015.

1st Class Us Mail
Brett Barkey
District Attorney - Routt
P.O. Box 77317
Steamboat Springs, CO.
[80477]

Rishi Singh

ROUTT COUNTY
COMBINED COURT

2015 FEB -6 PM 12: 44

☑County Court  ☐District Court
**Routt** _____ County, Colorado
Court Address:  **1955 Shield Drive**
**Steamboat Springs, Colorado**

State of Colorado/Appellee:

v.

Defendant/Appellant: **Rishi Singh Grewal**

▲   **COURT USE ONLY**   ▲

Attorney or Party Without Attorney (Name and Address):
**41300 Juniper Springs Ct**
**Steamboat Springs, Co**

Phone Number:                    E-mail:
FAX Number:                    Atty. Reg. #:

Case Number:

14M284

Division          Courtroom

## NOTICE OF APPEAL AND DESIGNATION OF RECORD - CRIMINAL

The Defendant hereby files an appeal in **14M284** _____ (County Court case number) for the
following reason(s):
**1. To be outlined in opening brief.** _____

_____

_____

☑ At this time, I request a stay of execution. I understand that as a condition of the stay of execution, I may be
required to post a bond or deposit the amount of fines and costs assessed.

**Current Information about the Appellant/Defendant:**

Full Name:  **Rishi Singh Grewal** _____

Mailing Address:  **41300 Juniper Springs Ct.** _____

City & Zip: **Steamboat Springs, Colorado** _____

Home Phone #: _____ Work Phone #: _____ Cell #: _____

**Designation of Record:**

The clerk of court will prepare the record on appeal, pursuant to Rule 37, Rules of Criminal Procedure and will
include the following items:
   ☑ The county court case file, including all pleadings, motions, reports, exhibits, orders of the court, and
     jury instructions, if applicable.
   ☑ The original transcript: (identify proceedings).
     **Please see transcript request form** _____

_____

Date: **2/6/2015** _____

_____          _____
Signature of Defendant/Appellant          Signature of Attorney for Defendant/Appellant, if applicable

## CERTIFICATE OF SERVICE

I certify that on **2/6/2015** _____ (date) an original was filed with the Court and that a true and accurate copy of
this *NOTICE OF APPEAL/DESIGNATION OF RECORD - CRIMINAL* was provided to other party by:
☐Hand Delivery or ☐Faxed to this number _____ or ☐by placing it in the United States mail, postage
pre-paid and addressed to the following:

RECEIVED

FEB 09 2015

DISTRICT ATTORNEY

Barkey - DA Routt
1955 Shield Ave
Steamboat Springs CO 80487

_____
(Your signature)

EXHIBIT 1
pages 3 tot.

## Allocution Affidavit

For the record, my name is Rishi Singh and this is my allocution affidavit. There are several fatal flaws in the process and bonding of the judiciary that I believe prohibit this court from executing any sentence against me, and once considered carefully will be reason to vacate any conviction against me.

I spent a good deal of time, expense and mileage researching the process, standing of actors and the status of the offices involved with this trial court. The documentation I have acquired regarding this matter is attached and fully incorporated into this, my allocution and is as follows:

1) certified copy of the affidavit and notice of redemption of lawful money, Certified copies of oaths of office for Routt County Court Judge James Garrecht and Eagle County Court Judge Katherine Sullivan.
2) bogus oaths of office for Routt County District Attorney Brett Barkey and Eagle County District Attorney Bruce Brown including the bogus oath of office for State Attorney General Cynthia Coffman and the valid oath for the former State Attorney General John William SUTHERS that is clearly in a financial instrument form – a stock certificate as fungible fidelity bond assuring security with the Comptroller of the State Treasury.
3) verified affidavit of truth that there is no sworn oath published at the Secretary of State for the State Attorney General in lieu of the Secretary of State's malfeasance of office – that the Secretary of State would not provide me a Certificate of Fact, stating that the Secretary of State had no record of any oath published there for the State Attorney General.
4) Certified copies of Registers of Actions from Route County Court Case #14M284.and Eagle County Court Case #14M658

Stated concisely for the record the district attorneys are prosecuting me from vacant offices and the State attorney General too, is overseeing these prosecutions from a vacant office. I have clearly demonstrated my non-endorsement and lack of consent for any court not of record to proceed and so again cite Item 1) the affidavit of redemption already in the record. There is nothing in the record or process where I have been arraigned; where I have answered intelligently and voluntarily that I understand where I may have consented to a judiciary or judicial officers who operate outside the constitutions while swearing publicly to abide by the constitutions, as the two county court judges have done in these two prosecutions. In my judicial opinion, these two county court judges have convicted the two district attorneys by having properly sworn and published oaths of offices themselves, and now have evidence before the court to proceed prosecuting the district attorneys and attorney general for malfeasance of office. I have supplied the federal Criminal Complaint forms filled in for perjury.

I have not been arraigned. I do not, and cannot understand the nature and cause of this accusation while the county court judges who have sworn to abide in the constitutions

allow the prosecutors to flagrantly violate those same constitutions. Specifically the State Attorney General is in violation of Article Twelve, Sections 10-12 at Section 12 for not publishing her oath of office within the thirty-day "time permitted by law" and so therefore I deem, in agreement with the State Constitution that her office is now vacant. Her swearing and publishing an oath of office after I inquired at the Secretary of State for it is her confession to malfeasance of office. The Secretary of State would not provide a Certificate of Fact and so the plain English reading of the state constitution is that the Attorney General's office for the State of Colorado is vacant and so any district attorneys in the State of Colorado are unsecured by any bond, are vacant and are bereft of any authority to prosecute me, Rishi Singh.

I have not been arraigned and let the record show I do not consent to any of this.

The two district attorneys have sworn empty oaths of office that are bereft of any bonding or authority. These two district attorneys are bereft of any immunity from law suit, judicial or sovereign because they have wandered from statutory form found at *CRS 24-12-101 Form of oath*. This further indicts the attorney generals... and John William SUTHERS too. SUTHERS' valid sworn oath indicts himself for not holding agent district attorneys around Colorado to the standards they are required to uphold. In fact this whole bogus oath scheme smacks of some kind of secret society in operation pretending to be our judiciary.

The Internet as a search engine and networking tool has led to further findings of fact. Former State Attorney General John William SUTHERS ran the office of district attorney for the Fourth Judicial District of Colorado for eight years from a vacant office by the same standards he pretended to uphold, in violations of the constitutions and in malfeasance of office.

The affidavit of truth, fully attached and incorporated integrates impeachment and indictment upon every conviction and confession in the State of Colorado. Collateral research in Custer County reveals that the actors in a prosecution there have indicted a county court judge of operating from a vacant office as well. Custer County is part of the Eleventh Judicial District wherein we find the heart of the Department of Corrections where John William SUTHERS was subsequently the Director after being indicted for malfeasance of office in the Fourth Judicial District as vacant district attorney for eight years! Now SUTHERS is running for Mayor of Colorado Springs.

Therefore I propose that there are thousands of inmates and ex-convicts who even when convicted by confession have a right to have their cases reviewed in light of pretending judicial officers prosecuting from vacant offices and bogus oaths of office. If there is some kind of bonding system, like Fourth Judicial District attorney Dan MAY's Traveler's Insurance policy for $5,000, that has been put in place I fail to find any statutory provision for this alternate to the traditional common law bonding provided by the constitutions and Dan MAY's methodology is clearly in contradiction and violation of statute. I have not been arraigned because whatever this alternate bonding system is

Affidavit

4. Affiant Left the Routt County Courthouse at about 3:00 Mountain Time with no reason to think the order was signed. As he was unrestrained by the Deputies present from the Routt County Sheriff's office that were well aware of the Affiant from many past visits including an arrest in the Routt County Courthouse just about one week prior to the visit to the clerk.

5. Affiant telephoned the Pitkin County Jail on February 8, 2015 and spoke to Deputy SARAH. SARAH said she was unaware of their jail accepting inmates with unsigned orders, except on rare occasions, like in out of state cases. She was adamant that they do not jail inmates without signed orders. Affiant concluded that the Pitkin County Jail does not jail inmates without a signed order.

Sealed by my hand:

2/11/2015

## ACKNOWLEDGEMENT

State of Colorado, County of Routt,

On 02.11.2015 before me, Eric S Hunter, Notary Public, appeared Rishi Singh, who proved to me on the basis of satisfactory evidence to be the man whose signature is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, the above man in his capacity as a people of The United States of America executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State that the foregoing paragraph is true and correct.

Witness my hand and official seal:

ERIC S HUNTER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20144032280
MY COMMISSION EXPIRES AUGUST 18, 2018

Defendant:  GREWAL, RISHI SINGH          Date of Birth:   02/09/1967          Page.   2

GARRECHT, JAMES HERBERT                                           02/02/2015
Judge/Magistrate                                                 Date

GREWAL, RISHI SINGH                                              02/02/2015
Defendant                                                        Date

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *NOTICE* * * * * * * * * * * * * * * * * * *
Following this hearing you are to present this form to the Clerk's Office for payment.  Payment is due by the end
of business on your Court Date.  Pursuant to §16-11-101.6, C.R.S., if the Defendant does not pay all amounts
assessed at the time of order, the Defendant shall pay an additional time payment fee.  In addition, the
Defendant may be assessed a late penalty fee each time payment is not received on or before the due date.



**COUNTY COURT, ROUTT COUNTY, COLORADO**

Court Address:  Routt County Justice Center
1955 Shield Drive, P.O. Box 773117
Steamboat, CO  80477
Phone Number:  970-879-5020

|  |  |
|---|---|
|  | ˆ  **COURT USE ONLY**  ˆ |

The People of the State of Colorado
vs
**GREWAL, RISHI SINGH**

Case Number:   2012M 000664

Division:   1A

### SENTENCE ORDER

Defendant:  GREWAL, RISHI SINGH          Date of Birth:  02/09/1967

| Count |  | Class | Plea | Finding |
|---|---|---|---|---|
| 1 | 18-9-111(1)(a) - HARASSMENT-STRIKE/SHOVE/KICK | M3 | Plea of Guilty | Guilty |
| 2 | 18-4-501 - CRIMINAL MISCHIEF-UNDER $500 | M2 |  | Dism by DA |
| 3 | 18-9-306.5 - TELEPHONE-OBSTRUCT SERVICE | M1 |  | Dism by DA |

**ASSESSED FINES & COSTS**
Count # 1

| | |
|---|---|
| Court Costs | $21.00 |
| Court Security Cash Fund | $5.00 |
| Genetic Testing Surcharge | $2.50 |
| Victims Assistance Fund | $78.00 |
| Victim Compensation Fund | $678.00 |
| Address Confidentiality Fund | $28.00 |
| Restorative Justice Surcharge | $10.00 |
| Misdemeanor Fine | $100.00 |
| Probation Supervision Fee | $500.00 |
| Jail: 6 Months | |
| Probation REVOKED: 1 Years | |
| Drug Standardized Assessment | $45.00 |
| Jail SUSPENDED IMPOSITION: 122 Days | |
| **TOTAL** | **$967.50** |

Concurrent  with count 1 of case number 14M 284 in County Court, Routt County

Other Conditions of Sentence:
       JAIL STRAIGHT TIME TO BEGIN BY 2/8/15 WITH FURLOUGH GRANTED FROM 03/02/15 TO
       03/04/15
       CREDIT FOR PRE-SENTENCE CONFINEMENT
       PROBATION TERMINATED                                   /SLM

| | |
|---|---|
| GARRECHT, JAMES HERBERT | 02/02/2015 |
| Judge/Magistrate | Date |
| GREWAL, RISHI SINGH | 02/02/2015 |
| Defendant | Date |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * NOTICE * * * * * * * * * * * * * * * * * * * *
Following this hearing you are to present this form to the Clerk's Office for payment.  Payment is due by the end
of business on your Court Date.  Pursuant to §16-11-101.6, C.R.S., if the Defendant does not pay all amounts
assessed at the time of order, the Defendant shall pay an additional time payment fee.  In addition, the
Defendant may be assessed a late penalty fee each time payment is not received on or before the due date.

RID:C054201<span>4</span>M 000284-000051

EXHIBIT 1



COUNTY COURT, ROUTT COUNTY, COLORADO

Court Address: Routt County Justice Center
1955 Shield Drive, P.O. Box 773117
Steamboat, CO 80477
Phone Number: 970-879-5020

**^ COURT USE ONLY ^**

Case Number: 2014M 000284

The People of the State of Colorado
vs
**GREWAL, RISHI SINGH**

Division: 1A

**SENTENCE ORDER**

Defendant: GREWAL, RISHI SINGH          Date of Birth:   02/09/1967  DV Code: DVP

| Count | | Class | Plea | Finding |
|---|---|---|---|---|
| 1 | 18-6-803.5(1)(a) - VIOLATION P/O-CRIMINAL | M1 | Plea Not Guilty | Guilty |
| 2 | 18-3-204(1)(a) - ASSAULT 3-KNOW/RECKLESS CAUSE INJURY | M1 | Plea Not Guilty | Not Guilty |
| 3 | 18-9-111(1)(a),(2) - HARASSMENT-STRIKE/SHOVE-ETHNIC INTIM | M1 | Plea Not Guilty | Guilty |
| 4 | 18-6-803.5(1)(a) - VIOLATION P/O-CIVIL | M2 | Plea Not Guilty | Not Guilty |

**ASSESSED FINES & COSTS**
**Count # 1**

| | |
|---|---|
| Court Costs | $21.00 |
| Court Security Cash Fund | $5.00 |
| Genetic Testing Surcharge | $2.50 |
| Victims Assistance Fund | $78.00 |
| Victim Compensation Fund | $78.00 |
| Address Confidentiality Fund | $28.00 |
| Restorative Justice Surcharge | $10.00 |
| Probation UPDATED SENTENCE: 2 Years | |
| Probation Supervision Fee | $1,200.00 |
| Cost of Care - Jail | $600.00 |
| Drug Test - Cost Recovery | $4.80 |
| Drug Standardized Assessment | $45.00 |
| Request for Time to Pay | $25.00 |
| Misdemeanor Fine | $100.00 |
| District Atty Cost Recovery | $32.55 |
| Jail: 1 Years | |
| Jail SUSPENDED IMPOSITION: 305 Days | |

**Count # 3**

| | |
|---|---|
| Victims Assistance Fund | $37.00 |
| Misdemeanor Fine | $100.00 |
| Jail: 182 Days | |
| Jail STAY OF EXECUTION: 60 Days | |
| Jail SUSPENDED IMPOSITION: 122 Days | |
| **TOTAL** | **$2,366.85** |

Concurrent  with count 1 of case number 14M 284 in County Court, Routt County

**Other Conditions of Sentence:**
         JAIL STRAIGHT TIME TO BEGIN BY 2/8/15 WITH FURLOUGH GRANTED FROM 03/02/15 TO
         03/04/15
         CREDIT FOR PRE-SENTENCE CONFINEMENT
         COMPLY WITH ALL T&C OF PROBATION
         COMPLETE AND PAY FOR PSYCHOLOGICAL EVALUATION
         ENROLL, PARTICIPATE IN AND COMPLETE DV TREATMENT
         COMPLY WITH PROTECTION ORDER
         PROVIDE MONTHLY PROOF OF EMPLOYMENT AS DIRECTED BY PO
         MEET WITH COLLECTION INVESTIGATOR IMMEDIATELY AFTER SENTENCING TO SET UP
         PAYMENT PLAN
         ONCE TREATMENT IS COMPLETED COURT WILL CONSIDER UNSUPERVISED PROBATION  /SLM

Case Number:  **2014M 00028**
Defendant:  **GREWAL, RISHI SINGH**         Date of Birth:   02/09/1987         Page:   **2**

---

**GARRECHT, JAMES HERBERT**
Judge/Magistrate                                                          02/02/2015
                                                                               Date
**GREWAL, RISHI SINGH**
Defendant                                                                 02/02/2015
                                                                               Date

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *NOTICE* * * * * * * * * * * * * * * * * *
Following this hearing you are to present this form to the Clerk's Office for payment.  Payment is due by the end
of business on your Court Date.  Pursuant to §16-11-101.6, C.R.S., if the Defendant does not pay all amounts
assessed at the time of order, the Defendant shall pay an additional time payment fee.  In addition, the
Defendant may be assessed a late penalty fee each time payment is not received on or before the due date.

```
            SCHEDULED EVENT DESCRIPTION        SCHD DATE    TIME        ROOM  PRI
        .atus.: HELD-Hearing Held              Note..:  12-19 AMEND PO
      ./2015    Pre-Sentence Invest Rpt Filed  Event ID: 000044  E-Filed: N
  ,21/2015    Sentencing Hearing               01/21/2015  10:30 AM  1A
        Officer: JAMES HERBERT GARRECHT        Length:  1.00 Minute(s)
        Status.: HCNT-Held and Continued       Note..:  W/12M664
01/22/2015    Review                           01/21/2015  07:30 AM  R
        Officer: JAMES HERBERT GARRECHT        Length:  1.00 Minute(s)
        Status.: HELD-Hearing Held             Note..:  12-19 AMEND PO?
01/29/2015    Filing Other                     Event ID: 000045  E-Filed: N
TRANSCRIPT REQUEST GIVEN TO LOIS                                          /PMA
01/30/2015    Filing Other                     Event ID: 000046  E-Filed: N
        DEF/RST GREWAL RISHI SINGH
LIBEL OF REVIEW                                                           /CLP
02/02/2015    Case Closed                      Event ID: 000047  E-Filed: N
02/02/2015    Final Order of Judgment          Event ID: 000048  E-Filed: N
02/02/2015    Final Order of Judgment          Event ID: 000049  E-Filed: N
02/02/2015    Final Order of Judgment          Event ID: 000050  E-Filed: N
02/02/2015    Final Order of Judgment          Event ID: 000051  E-Filed: N
02/02/2015    Sentencing Hearing               02/02/2015  09:00 AM  1A
        Officer: JAMES HERBERT GARRECHT        Length:  1.00 Minute(s)
        Status.: HELD-Hearing Held             Note..:  W/12M664
02/02/2015    Review                           02/02/2015  07:30 AM  R
        Officer: JAMES HERBERT GARRECHT        Length:  1.00 Minute(s)
        Status.: VACT-Vacated                  Note..:  12-19 AMEND PO?
02/04/2015    Final Order of Judgment          Event ID: 000052  E-Filed: N
02/05/2015    Filing Other                     Event ID: 000053  E-Filed: N
TRANSCRIPT REQUEST GIVEN TO LOIS                                          /PMA
                              BOND INFORMATION
  Bond Id Number.....:  1              Bond Status....: BRLD
  Set Date...........: 07/24/2014      Set Amount...: $750.00       Type: PR
  Post Date..........: 07/24/2014      Post Amount..: $750.00       Type: PR
  Surety.............: GREWAL, RISHI SINGH
Bond Instructions:
May use for Fines and Costs:
May be released to Defendant:
    Conditions:
    NO WEAPONS NO ALCOHOL NO DRUGS DEF MUST COMPLY WITH MANATORY
    PROT ORDER NO CONTACT SOPHIE AND DEMETRY GREWAL OR TAMMY JACQUES

           End of Case: 2014 M  000284
```

CERTIFIED TO BE A FULL
TRUE AND CORRECT COPY
OF ORIGINAL IN MY CUSTODY

DATE  2/9/15

CLERK OF COURT

BY _____

BY DEPUTY

**UNIFORM SUMMONS & COMPLAINT OR PENALTY ASSESSMENT**

| THE PEOPLE OF ☐ ROUTT COUNTY ☐ THE STATE OF COLORADO VS: | SSN: | | | CR S1404218 219026 |
|---|---|---|---|---|

| Defendant (Last Name) GREWAL | (First) RISHI | (Middle) SINGH | Date of Birth Mo. Day Yr. 29 67 | Age 47 | ( ) Traffic (✗) Penal | Violation Mo. Day Yr. 7/23/14 |

| Defendant's Address 41300 Juniper Springs Court | City Stmbt Spgs | State CO | Zip Code 80487 | Direction of Travel N S E W | Approx. Time of Violation 2153 |

| Driver's License Number and Type 94-080-2335 | State CO | Race W | Sex M | Height 510 | Weight 160 | Hair BLK | Eyes BRO | Home Telephone 9703098985 | County ROUTT | No. 28 |

| Employer Name | Employer Address | | Occupation | Business Telephone | Traffic Accident ( ) Yes (✗) No | Injuries Involved ( ) Yes (✗) No |

| Vehicle License Number and Type | State | Vehicle Year | Make | Type of Body Style | Approximate Location of Violation, State of Colorado (✗) On 41300 Juniper Springs Court |

| Vehicle Color (Top/Bottom) | VIN | ( ) At Intersection With: Stmbt Spgs CO 80487 |

YOU ARE SUMMONED AND ORDERED TO APPEAR
TO ANSWER CHARGES AS STATED BELOW IN:
ROUTT COUNTY COURT, 1955 SHIELD DR.  In: STEAMBOAT SPRINGS, COLORADO 80487  ON 11 Aug 2014 0830 am

| ☐ CRS 42-4-237 (2) Code | ☐ CRS 42-4-1101 (___) Code | ☐ CRS 42-4-1409 (1) Code 954 Owner Operated Uninsured Motor Vehicle |
| Drove vehicle when safety belt not in use. | Speeding ___ MPH in ___ zone. | ☐ CRS 42-4-1409 (2) Code 956 Person Operated Uninsured Motor Vehicle |
| ( ) Driver ( ) Front Seat Passenger | ☐ Surcharge ___ Points | ☐ CRS 42-4-1409 (3) Code 957 Failed to Present Evidence of Insurance |
| $15 Fine  $2 Surcharge  0 Points | | ☐ CRS 18-13-122 (2)(a) Possession or consumption of ethyl alcohol by a person under 21 years of age |
| | | Check only one box – all are SUMMONS and 4 POINTS |

| | SECTION | | CODE | FINE $ | SURCHARGE | POINTS |
|---|---|---|---|---|---|---|
| CRS Routt County Ord.: | 18-3-204 (1) (a)  Assault in 3rd Degree | | | Summons | | |

| | SECTION | | CODE | FINE $ | SURCHARGE | POINTS |
|---|---|---|---|---|---|---|
| CRS | 18-9-111 (1) (a)  Harassment | | | Summons | | |

| NRVC ( ) | CUSTODIAL ARREST | FINGER PRINTED (✗) | CDL ( ) | CMCL VEH REQ CDL INVOLVED ( ) | PLACARDED HAZ MAT ( ) | SURCHARGE TOTAL $ Sum | TOTAL TO BE PAID BY MAIL $ Sum (FINE AND SURCHARGE) |

| SUMMONS  TRAFFIC INFRACTION (✗)  OFFENSE (✗) | PENALTY ASSESSMENT  TRAFFIC INFRACTION ( )  OFFENSE ( ) | MAILED ( ) |

Without admitting guilt, I promise to appear at the
time and place indicated above.   In Custody

DEFENDANT ___
NOTICE: SEE INSTRUCTIONS ON REVERSE SIDE

My signature is a promise to pay the penalty assessment within 20 days with payment. I acknowledge guilt of all charges listed above and understand that the points indicated will be assessed against my driver's license. If I do not pay, my signature is a promise to appear in court.

DEFENDANT ___
NOTICE: SEE INSTRUCTIONS ON REVERSE SIDE

THE UNDERSIGNED HAS PROBABLE CAUSE TO BELIEVE THAT THE DEFENDANT COMMITTED THE OFFENSE(S) AGAINST THE PEACE AND DIGNITY OF THE PEOPLE OF THE STATE OF COLORADO AND AFFIRMS THAT A COPY OF THIS SUMMONS & COMPLAINT OR PENALTY ASSESSMENT WAS SERVED UPON THE DEFENDANT.   CURCIO

| ☐ State  ☐ Federal | DATE ISSUED | Mo. 7 | Day 24 | Yr. 14 | DEPUTY ___ | PRINT LAST NAME | NO. 40320 |

(REV 9/01)

EXHIBIT O

**COUNTY COURT, ROUTT COUNTY, COLORADO**

Court Address: Routt County Justice Center
1955 Shield Drive, P.O. Box 773117
Steamboat, CO 80477

Phone Number: 970-879-5020

| | |
|---|---|
| | ˄ **COURT USE ONLY** ˄ |
| | Case Number:  2014M 000284 |
| The People of the State of Colorado | |
| vs | |
| **GREWAL, RISHI SINGH** | Division:  1A |

### SENTENCE ORDER

**Defendant:** GREWAL, RISHI SINGH          **Date of Birth:** 02/09/1967 DV Code: DVP

| Count | | Class | Plea | Finding |
|---|---|---|---|---|
| 1 | 18-6-803.5(1)(a) - VIOLATION  P/O-CRIMINAL | M1 | Plea Not Guilty | Guilty |
| 2 | 18-3-204(1)(a) - ASSAULT 3-KNOW/RECKLESS CAUSE INJURY | M1 | Plea Not Guilty | Not Guilty |
| 3 | 18-9-111(1)(a),(2) - HARASSMENT-STRIKE/SHOVE-ETHNIC INTIM | M1 | Plea Not Guilty | Guilty |
| 4 | 18-6-803.5(1)(a) - VIOLATION P/O-CIVIL | M2 | Plea Not Guilty | Not Guilty |

**ASSESSED FINES & COSTS**
**Count # 1**

| | |
|---|---|
| Court Costs | $21.00 |
| Court Security Cash Fund | $5.00 |
| Genetic Testing Surcharge | $2.50 |
| Victims Assistance Fund | $78.00 |
| Victim Compensation Fund | $78.00 |
| Address Confidentiality Fund | $28.00 |
| Restorative Justice Surcharge | $10.00 |
| Probation UPDATED SENTENCE: 2 Years | |
| Probation Supervision Fee | $1,200.00 |
| Cost of Care - Jail | $600.00 |
| Drug Test - Cost Recovery | $4.80 |
| Drug Standardized Assessment | $45.00 |
| Request for Time to Pay | $25.00 |
| Misdemeanor Fine | $100.00 |
| District Atty Cost Recovery | $32.55 |
| Jail: 1 Years | |
| Jail SUSPENDED IMPOSITION: 305 Days | |
| **Count # 3** | |
| Victims Assistance Fund | $37.00 |
| Misdemeanor Fine | $100.00 |
| Jail: 182 Days | |
| Jail STAY OF EXECUTION: 60 Days | |
| Jail SUSPENDED IMPOSITION: 122 Days | |
| **TOTAL** | **$2,366.85** |

Concurrent  with count 1 of case number 14M 284 in County Court, Routt County

**Other Conditions of Sentence:**
> JAIL STRAIGHT TIME TO BEGIN BY 2/8/15 WITH FURLOUGH GRANTED FROM 03/02/15 TO 03/04/15
> CREDIT FOR PRE-SENTENCE CONFINEMENT
> COMPLY WITH ALL T&C OF PROBATION
> COMPLETE AND PAY FOR PSYCHOLOGICAL EVALUATION
> ENROLL, PARTICIPATE IN AND COMPLETE DV TREATMENT
> COMPLY WITH PROTECTION ORDER
> PROVIDE MONTHLY PROOF OF EMPLOYMENT AS DIRECTED BY PO
> MEET WITH COLLECTION INVESTIGATOR IMMEDIATELY AFTER SENTENCING TO SET UP PAYMENT PLAN
> ONCE TREATMENT IS COMPLETED COURT WILL CONSIDER UNSUPERVISED PROBATION   /SLM

970-879-3531                                                          12:05:28 p.m.   02-02-2015

Case Number:   2014M 000284                                              Page:   2
Defendant:   GREWAL, RISHI SINGH          Date of Birth:   02/09/1967

GARRECHT, JAMES HERBERT                                          02/02/2015
Judge/Magistrate                                                 Date

GREWAL, RISHI SINGH                                              02/02/2015
Defendant                                                        Date

*****************************************************NOTICE*********************
Following this hearing you are to present this form to the Clerk's Office for payment.  Payment is due by the end
of business on your Court Date.  Pursuant to §16-11-101.6, C.R.S., if the Defendant does not pay all amounts
assessed at the time of order, the Defendant shall pay an additional time payment fee.  In addition, the
Defendant may be assessed a late penalty fee each time payment is not received on or before the due date.


utt County Combined Court
14th Judicial District
P.O. Box 773117
Steamboat Springs, Colorado 80477

802 N E 16897110688
NOTIFY SENDER OF NEW ADDRESS 05/15
GREWAL,RISHIS SPRINGS CT
41300 JUNIPER SPRINGS CT
STEAMBOAT SPR CO 80487-9469

BC: 80487946900

*1768-00335-05-26

COUNTY COURT, ROUTT COUNTY, COLORADO

Court Address:   Routt County Justice Center
                 1955 Shield Drive, P.O. Box 773117
                 Steamboat, CO  80477
Phone Number:    970-879-5020

^ COURT USE ONLY ^

Case Number:   2014M 000284

The People of the State of Colorado
vs
**GREWAL, RISHI SINGH**

Division:   1A

## SENTENCE ORDER

Defendant:  **GREWAL, RISHI SINGH**          Date of Birth:   02/09/1967  DV Code: DVP

| Count | | Class | Plea | Finding |
|---|---|---|---|---|
| 1 | 18-6-803.5(1)(a) - VIOLATION P/O-CRIMINAL | M1 | Plea Not Guilty | Guilty |
| 2 | 18-3-204(1)(a) - ASSAULT 3-KNOW/RECKLESS CAUSE INJURY | M1 | Plea Not Guilty | Not Guilty |
| 3 | 18-9-111(1)(a),(2) - HARASSMENT-STRIKE/SHOVE-ETHNIC INTIM | M1 | Plea Not Guilty | Guilty |
| 4 | 18-6-803.5(1)(a) - VIOLATION P/O-CIVIL | M2 | Plea Not Guilty | Not Guilty |

**ASSESSED FINES & COSTS**
Count # 1

| | |
|---|---|
| Court Costs | $21.00 |
| Court Security Cash Fund | $5.00 |
| Genetic Testing Surcharge | $2.50 |
| Victims Assistance Fund | $78.00 |
| Victim Compensation Fund | $78.00 |
| Address Confidentiality Fund | $28.00 |
| Restorative Justice Surcharge | $10.00 |
| Probation UPDATED SENTENCE: 2 Years | |
| Probation Supervision Fee | $1,200.00 |
| Cost of Care - Jail | $600.00 |
| Drug Test - Cost Recovery | $4.80 |
| Drug Standardized Assessment | $45.00 |
| Request for Time to Pay | $25.00 |
| Misdemeanor Fine | $100.00 |
| District Atty Cost Recovery | $32.55 |
| Jail: 1 Years | |
| Jail SUSPENDED IMPOSITION: 305 Days | |
| **Count # 3** | |
| Victims Assistance Fund | $37.00 |
| Misdemeanor Fine | $100.00 |
| Jail: 182 Days | |
| Jail STAY OF EXECUTION: 60 Days | |
| Jail SUSPENDED IMPOSITION: 122 Days | |
| **TOTAL** | **$2,366.85** |

Concurrent  with count 1 of case number 14M 284 in County Court, Routt County

**Other Conditions of Sentence:**
JAIL STRAIGHT TIME TO BEGIN BY 2/8/15 WITH FURLOUGH GRANTED FROM 03/02/15 TO
03/04/15
CREDIT FOR PRE-SENTENCE CONFINEMENT
COMPLY WITH ALL T&C OF PROBATION
COMPLETE AND PAY FOR PSYCHOLOGICAL EVALUATION
ENROLL, PARTICIPATE IN AND COMPLETE DV TREATMENT
COMPLY WITH PROTECTION ORDER
PROVIDE MONTHLY PROOF OF EMPLOYMENT AS DIRECTED BY PO
MEET WITH COLLECTION INVESTIGATOR IMMEDIATELY AFTER SENTENCING TO SET UP
PAYMENT PLAN
ONCE TREATMENT IS COMPLETED COURT WILL CONSIDER UNSUPERVISED PROBATION  /SLM

**COUNTY COURT, ROUTT COUNTY, COLORADO**

Court Address:   Routt County Justice Center
                 1955 Shield Drive, P.O. Box 773117
                 Steamboat, CO 80477
Phone Number:    970-879-5020

^  COURT USE ONLY  ^

Case Number:   2012M 000664

The People of the State of Colorado
vs
GREWAL, RISHI SINGH

Division:   1A

## SENTENCE ORDER

Defendant:  GREWAL, RISHI SINGH                  Date of Birth:  02/09/1967

| Count | Class | Plea | Finding |
|---|---|---|---|
| 1  18-9-111(1)(a) - HARASSMENT-STRIKE/SHOVE/KICK | M3 | Plea of Guilty | Guilty |
| 2  18-4-501 - CRIMINAL MISCHIEF-UNDER $500 | M2 | | Dism by DA |
| 3  18-9-306.5 - TELEPHONE-OBSTRUCT SERVICE | M1 | | Dism by DA |

**ASSESSED FINES & COSTS**
Count # 1

| | |
|---|---|
| Court Costs | $21.00 |
| Court Security Cash Fund | $5.00 |
| Genetic Testing Surcharge | $2.50 |
| Victims Assistance Fund | $78.00 |
| Victim Compensation Fund | $78.00 |
| Address Confidentiality Fund | $28.00 |
| Restorative Justice Surcharge | $10.00 |
| Misdemeanor Fine | $100.00 |
| Probation Supervision Fee | $600.00 |
| Jail: 6 Months | |
| Probation REVOKED: 1 Years | |
| Drug Standardized Assessment | $45.00 |
| Jail SUSPENDED IMPOSITION: 122 Days | |
| **TOTAL** | **$967.50** |

Concurrent  with count 1 of case number 14M 284 in County Court, Routt County

**Other Conditions of Sentence:**
           JAIL STRAIGHT TIME TO BEGIN BY 2/8/15 WITH FURLOUGH GRANTED FROM 03/02/15 TO
           03/04/15
           CREDIT FOR PRE-SENTENCE CONFINEMENT
           PROBATION TERMINATED                              SLM

GARRECHT, JAMES HERBERT                              02/02/2015
**Judge/Magistrate**                                 **Date**

GREWAL, RISHI SINGH                                  02/02/2015
**Defendant**                                        **Date**

*********************************************************NOTICE*********************
Following this hearing you are to present this form to the Clerk's Office for payment.  Payment is due by the end
of business on your Court Date.  Pursuant to §16-11-101.6, C.R.S., if the Defendant does not pay all amounts
assessed at the time of order, the Defendant shall pay an additional time payment fee.  In addition, the
Defendant may be assessed a late penalty fee each time payment is not received on or before the due date.

**$10.00 Late Fee Added**

County Court, Routt County
Routt County Justice Center
1955 Shield Drive, P.O. Box 773117
Steamboat, CO  80477
**www.courts.state.co.us**

*You didn't come been before you send you wo... Please Pay Thanks*

2/04/2015

RISHI SINGH GREWAL
41300 JUNIPER SPRINGS COURT
PO BOX 773114
STEAMBOAT SPGS,CO  80477

Total Amount Due:                376.85

RE:    Case Number:  2014M 000284

        (Please return top portion with your payment)

_____

Balance Due:        376.85

All amounts assessed in fines, costs, and restitution are due and
payable to the clerk of the court upon sentencing. According to court
records, you failed to pay your assessments. Therefore, your file has
been returned to the court for further action which may include:

* A Warrant being issued for your arrest.
* Attachment of up to twenty-five percent of your earnings.
* Attachment of your state income tax refund.
* Addition of $25.00 time payment fee (if not already
  assessed.)
* Addition of late penalty fees, warrant fees, and other
  collection costs.
* A hold being placed on your driver's license.
* Referral of your account to a collection agency.
* Reporting of your past due status to the credit bureau.
* Revocation of your probation on deferred sentence.

The balance shown must be paid in full within 10 days from the date of
this letter. Your prompt attention to this matter is recommended.

MAIL OR TAKE PAYMENT TO THE ADDRESS AT THE TOP OF THIS LETTER. BE SURE
TO INCLUDE YOUR CASE NUMBER WITH YOUR PAYMENT.
**Some court locations accept MasterCard and VISA online. Go to
www.courts.state.co.us for more information.**

Sharon Martin                    (970) 879-5020
Collections Investigator

cc:  2014M 000284                                        LW01

*Tendered in lawful money per 12 USC 411*

*paid for cause*

```
Routt County Justice Center
4th Court, Routt County
1955 Shield Drive, P.O. Box 773117
Steamboat, CO  80477
970-879-5020

Transaction:
2/09/2015  3:32 PM KNL        TR145403

Payor: GREWAL, RISHI SINGH
Case #: 2014M-000284
The People of the State of Colorado
vs
GREWAL, RISHI SINGH
RCP #: 2014M-000284-0005

Description                     Amount
------------------------------  -------
Certification                      5.00
Stabilization - USER              10.00
Justice Center Cash Fund           5.00
Copy Work                          1.50

Receipt Total.............        $21.50
Amount Tendered...........        $50.00
Change Due................        $28.50
Payment Type..............          CASH
Account Receivable Due....       $371.85
```

*Tendered in lawful money per 12 USC 411*

*paid for cause*

```
County Court, Routt County
Routt County Justice Center
1955 Shield Drive, P.O. Box 773117
Steamboat, CO  80477
970-879-5020

Transaction:
2/06/2015 12:43 PM MRM        TR145403

Payor: GREWAL, RISHI SINGH
Case #: 2014M-000284
The People of the State of Colorado
vs
GREWAL, RISHI SINGH
RCP #: 2014M-000284-0004

Description                     Amount
------------------------------  -------
Copy Work                   25     $.25

Receipt Total.............          $25
Amount Tendered...........       $25.00
Change Due................       $24.75
Payment Type..............         CASH
Account Receivable Due....      $376.85
```