**Rishi Singh**
**41300 Juniper Springs Ct.**
**Steamboat Springs, Colorado.**
**[80487]**

United States District Court
for the District of Colorado
901 19th Street - A105
Denver, Colorado.
      [80294]

Certified Mail # 70062760000306972447

*(postmark stamp: EAGLE POST OFFICE, FEB 26 2015, EAGLE CO 81631-9998)*

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 2 2015

JEFFREY P. COLWELL
CLERK

Dear clerk;

      Please file these refusal for cause(s) in the case jacket of Article III case 15 – CV– 00197. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

### Certificate of Mailing/ Service by Hand

      My signature below expresses that I have mailed or hand delivered a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed registered mail as indicated back to the presenter within a few days of presentment.

                                        Rishi Singh

COUNTY COURT, ROUTT COUNTY
PO Box 773117,
Steamboat Springs, CO.
      [80477]

Certified Mail # 70062760000306971730

EAGLE COUNTY COURT
885 Chambers Avenue
Eagle, CO.
      [81631]

Hand delivered
2/26/2015

DISTRICT ATTORNEY EAGLE
995 Chambers Avenue
Eagle, CO.
      [81631]

Hand Delivered
2/26/2015

DISTRICT ATTORNEY ROUTT
P.O. Box 773117
Steamboat Springs, CO.
      [80477]

Certified Mail # 70062760000306972430



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00197-REB-MEH

RISHI SINGH,

      Plaintiff,

v.

JACOB JOSEPH, LEW;

      Defendant.

---

## MINUTE ORDER SETTING SCHEDULING CONFERENCE

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 3, 2015.**

      The above captioned case has been referred to Magistrate Judge Michael E. Hegarty pursuant to an Order of Reference entered by District Judge Robert E. Blackburn.

      It is hereby ORDERED that the Fed. R. Civ. P. 16(b) Scheduling Conference shall be held on **April 8, 2015, at 9:45 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. If this date is not convenient, counsel should confer with opposing counsel and contact my Chambers to obtain an alternate date. Absent exceptional circumstances, no request for rescheduling will be entertained unless made five business days prior to the date of the conference.

      <u>The Plaintiff shall notify all parties who have not entered an appearance of the date and time of the Scheduling Conference.</u>

      Lawyers whose offices are located outside of the Denver metropolitan area may appear at scheduling conferences by telephone. Please contact Chambers at (303) 844-4507 at least five business days prior to the scheduling conference to arrange appearance by telephone. Lawyers appearing by telephone must ensure that the proposed Scheduling Order is filed electronically and by email no later than five business days prior to the scheduling conference, in accordance with the instructions in this minute order.

      It is further ORDERED that counsel for the parties in this case are to hold a pre-scheduling conference meeting and jointly prepare a proposed Scheduling Order in accordance with Fed. R. Civ. P. 26(f) **on or before March 18, 2015.** Pursuant to Fed. R. Civ. P. 26(d), no discovery shall be submitted until after the pre-scheduling conference meeting, unless otherwise ordered or directed by the Court.

The parties shall file the proposed Scheduling Order with the Clerk's Office, and in accordance with District of Colorado Electronic Case Filing ("ECF") Procedures V.L., **no later than five (5) business days prior to the scheduling conference**. The proposed Scheduling Order is also to be submitted in a useable format (i.e., Word or WordPerfect only) by email to Magistrate Judge Hegarty at *Hegarty_Chambers@cod.uscourts.gov*.

Parties not participating in ECF shall file their proposed Scheduling Order on paper with the clerk's office. However, if any party in this case is participating in ECF, it is the responsibility of that party to file the proposed scheduling order pursuant to the District of Colorado ECF Procedures.

The parties shall prepare the proposed Scheduling Order in accordance with the form which may be downloaded from the Standardized Order Forms section of the Court's website, found at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/Forms.aspx. (Copy and paste this address in your browser). All Scheduling Conferences held before a Magistrate Judge utilize the same scheduling order format, regardless of the District Judge assigned to the case.

Any out-of-state counsel shall comply with D.C. Colo. LAttyR 3 prior to the Scheduling Conference.

The parties are further advised that they shall not assume that the Court will grant the relief requested in any motion. Failure to appear at a Court-ordered conference or to comply with a Court-ordered deadline which has not been vacated by Court order may result in the imposition of sanctions.

Finally, the parties or counsel attending the Conference should be prepared to informally discuss the case to determine whether an early neutral evaluation is appropriate. There is no requirement to submit confidential position statements/letters to the Court at the Scheduling Conference or to have parties present who have full authority to negotiate all terms and demands presented by the case.

**Anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification. See D.C. Colo. LCivR 83.2(b).**

2

| County Court for Routt County, Colorado | |
|---|---|
| Court Address: 1955 Shield Dr., Steamboat Springs, CO 80487 | |
| Plaintiff: **PEOPLE OF THE STATE OF COLORADO** v. Defendant: **RISHI S. GREWAL** | ↑ COURT USE ONLY ↑ |
| Attorney: Brett D. Barkey, #15883 DISTRICT ATTORNEY, 14TH JUDICIAL DISTRICT BY: Melinda A. Dudley, #46317 1955 Shield Dr., Steamboat Springs, CO 80487 Tel.:     (970) 879-1146 Fax:     (970) 870-5201 Email:   mdudley@co.routt.co.us | Case No. 14M284 |

## ORDER

The Court, having considered the People's Response to Defendant's Notice of Appeal and Objection to Stay of Execution, hereby DENIES Defendant's request for a stay of execution of sentence.

Done this _13_ day of _FEB_____, 2015.

_____
The Hon. James Garrecht
County Court Judge

Rishi Singh
c/o 41300 Juniper Springs Ct.
Steamboat Springs, Colorado
2/24/2015


Clerk of Court


Routt County Court
P.O. Box 773117
Steamboat Springs, Colorado


Dear Clerk of Court:

Recently I received an order, called a PAYOUT ORDER that was returned to the above addresses court Refused for Cause.  It appears that there are many errors in the order and I will list a few but reserve any others found:

1. Rishi Singh is the Defendant in error and wrongly accused.
2. Rishi Singh redeems lawful money per 12USC411, thus does not participate in Federal Reserve Districts and is unable to pay the court in non-redeemable currency as it is against his morals and religious beliefs.
3. Rishi Singh has viewed the court file 14M284 and could not find a valid order that demanded this amount, other than the PAYOUT ORDER refused.
4. Rishi Singh must object to this order, but will pay the amount in order to stay in honor with the court, avoid unnecessary judicial actions and to square the account for possible return to me in the future, when I may present a billing.
5. Rishi Singh pays this amount under extreme duress as I have no more funds and have exhausted all resources in defense of Rishi Singh. In addition, the threat of debtor's prison has forced Rishi Singh to borrow money on a one time limited lending utility that has barred any future lending, thus Rishi Singh is destitute and will have to live the life of a nomad and raise his own food and clothing as a tenant.
6. Rishi Singh hereby pays this amount due, in error, with the full intention and agreement that this payment will close and forever forestall any future collections against Rishi Singh, his assigns or heirs.
7. Rishi Singh also provides notice to the court that Rishi Singh has a living will on record with a public record repository that is his living will and all of the effects

Clerk of Court
2/24/2015
Page 2

of Rishi Singh and his future labor have been granted to his living heirs as stated on the living will.

8. Rishi Singh does not accept notice, demand and or service of process for RISHI SINGH GREWAL, RISHI GREWAL, RISHI S. GREWAL.

9. Please note the mailing address for correspondence with Rishi Singh is: All other addresses are incorrect.

Rishi Singh
c/o 41300 Juniper Springs Ct
Steamboat Springs, CO 80487

Sincerely,

Rishi Singh

| | |
|---|---|
| County Court, Routt County, Colorado<br>Routt County Combined Court<br>Routt County Justice Center, 1955 Shield Drive, P O Box 773117<br>Steamboat Springs, CO  80477 | |
| **THE PEOPLE OF THE STATE OF COLORADO**<br>vs.<br>**RISHI SINGH GREWAL,**<br>Defendant | ☐  **COURT USE ONLY**  ☐ |
| Brett D. Barkey<br>DISTRICT ATTORNEY<br>1955 Shield Drive<br>P O Box 770129<br>Steamboat Springs, CO   80477<br>Phone Number: (970) 879-1146<br>Fax: (970) 870-5201<br>Attorney Registration No.: 015883 | Case No: C0542014M 000284<br>Division: 1A<br>Courtroom: |
| **PAYOUT ORDER** | |

IT IS HEREBY ORDERED that the defendant pay the following costs:

$32.55 Reimbursement into the Mandated Costs Account of the District Attorney's Office for the Fourteenth Judicial District of Colorado. This amount is to be paid by the Defendant to the Clerk of the Court and is to be credited to the Colorado Financial Reporting System Code 569 4170-75.

$0.00 Reimbursement of costs of prosecution incurred by the District Attorney's Office for the Fourteenth Judicial District of Colorado. This amount is to be paid by the Defendant directly to the District Attorney's Office at P O Box 770129, Steamboat Springs, CO  80477. You MUST include your case number on your money order.

SO ORDERED this _____2_____ day of _____, 2014. 2015

BY THE COURT:

_____
District Court Judge

☑ County Court  ☐ District Court
Routt County, Colorado
1955 Shield Drive: PO Box 773117
Steamboat Springs, CO 80477-3117
PH: 970.879.5020

▲   COURT USE ONLY   ▲

PEOPLE OF THE STATE OF COLORADO

v.  GREWAL, RISHI SINGH

Case Number: 51500219
Arrest Number:
Warrant Number:
Courtroom:          1A

## APPEARANCE BOND

**Bond Type:** ☐ Bail Bonding Agent *  ☑ Cash/Self**  ☐ Cash/Surety ***  ☐ PR/Self  ☐ PR/Surety  ☐ Property

**Bond Posted For:** ☑ Defendant  ☐ Respondent  ☐ Plaintiff  ☐ Petitioner  ☐ Child

**Name of Party (print or type):** Rishi _____ Singh _____ Grewal _____ **Date of Birth:** 02/09/67
                                    First              Middle              Last

The Party, as principal, and (print or type): _____
as surety, acknowledge that we are jointly and severally bound to the People of the State of Colorado, in the penal sum of Two thousand & ºº⁄₁₀₀ _____ ($2,000.00 ) DOLLARS, if there is a default upon the primary condition of this Bond. The bail agent charged a premium in the amount of $_____ . The primary condition of this Bond is that the Party shall personally appear in the (Court name and address):   1955 Shield Drive, Steamboat Springs, CO,
on FEBRUARY 3, 2015 _____ (return date), at 8:30 Am _____ (time) and at each place, and upon each date, to which this proceeding is transferred or continued, until entry of an order for deferred prosecution or deferred judgment, plea of guilty, *nolo contendere* or conviction; ☐ I agree to a continuance of this bond through sentencing; to answer charges of: Failure to Comply

**NOTE: If the return date and time is a legal holiday or a weekend, the return date is a mandatory appearance on the first business day thereafter.**
**Additional Conditions:** (1) Party may not leave the state without approval of the Court and the surety; **(2)** Party shall not commit a felony while at liberty on bail; **(3) Party acknowledges the existence of a Mandatory Protection Order under §18-1-1001, C.R.S.;** (4) Party shall immediately notify the Court of any change of mailing address or residence.

☐ Pursuant to §16-3-503, C.R.S. you shall execute a waiver that states you understand that the bond or fees shall be forfeited if the Defendant is removed from the country.

☐ If you have been arrested for a Felony offense, you shall sign a written waiver of extradition indicating you waive all formal proceedings in the event you are arrested in another state and you agree to be returned to Colorado.

☐ No Weapons  ☐ No Alcohol  ☐ No Illegal Drugs and Marijuana  ☐ No Driving Without a Valid License
☐ Random UA's  ☐ Random BA's  ☐ Daily BA's  ☐ GPS Monitoring  ☐ Substance Abuse Monitoring  ☐ Electronic
Substance   Abuse   Monitoring   ☐ Electronic   Home   Monitoring   ☐ Pre-trial   Supervision
_____ (contact information) ☐ Other_____

_____ ☐ No Contact with_____  ☐ Other_____

**If the Party fails to comply with any of the conditions of this Bond, the Court may revoke the Party's release on bail, increase the amount of bail or modify bond conditions. This Bond will be forfeited if the party does not appear in Court as required by the primary bond condition.**

Date: _____          Judge:_____

Appearance Bond   (1) Court

41300 Juniper Springs Ct. Steamboat Springs CO 80487      1/15/2015
970-692-2320

**Party Signature**          **Address (Street, City, State, & Zip Code)**          **Telephone Number**          **Date**

CCC 1-30F

**Surety/Bonding Agent * /Bonding Commissioner/Judge Signature**

**Address (Street, City, State, & Zip Code)**          **Telephone Number**

**Bonding Agent License No:** _____   **Power of Attorney No.:** _____

**Surety Other than Bonding Agent ** Signature Address (Street, City, State, & Zip Code) Telephone Number**

**\* Bonding Agent Certification:** Agent, by executing this Bond, warrants and represents to the Court, under oath, and under penalty of perjury: **(1)** that agent is not currently in default in payment of any final judgment upon any bail bond forfeited in any Colorado jurisdiction; **(2)** that agent is duly licensed by the State of Colorado to execute this Bond; **(3)** that agent, if a non-cash agent, is currently appointed by the corporate surety whose power of attorney accompanies this Bond.

**\*\*If the Defendant posted the bond, the Court may apply the bond deposited toward <u>any amount</u> owed by the Defendant.**

**\*\*\*Surety Cash Deposit:** The bond deposited ☐may or ☐may not be applied toward <u>any amount</u> owed by the Defendant.

**Cash Surety *(Signature)*** _____   **Print Name** _____

**Any remaining amount of the bond deposited will be returned to the depositor.**

**Executed and Acknowledged** by the above named in the presence of the undersigned at:   Routt County Detention Center   (name of court or facility where bond written).

By: _____   By: _Kim McLea_____ J221

   **Deputy Clerk/Sheriff (As to Surety/Bonding Agent)**   **Deputy Clerk/Sheriff (As to Defendant)**

Date: _____   Time: _____   Date: _1/15/2015_   Time: _2049hrs_

COUNTY COURT, ROUTT COUNTY, COLORADO

Court Address: Routt County Justice Center
1955 Shield Drive, P.O. Box 773117
Steamboat, CO 80477
Phone Number: 970-879-5020

^ **COURT USE ONLY** ^

Case Number: 2012M 000664

The People of Colorado
vs
**GREWAL, RISHI SINGH**

Division: 1A

## SENTENCE ORDER

| Defendant: GREWAL, RISHI SINGH | Date of Birth: | 02/09/1967 | |
|---|---|---|---|
| Count | | Class Plea | Finding |
| 1  18-9-111(1)(a) - HARASSMENT-STRIKE/SHOVE/KICK | | M3  Plea of Guilty | Guilty |
| 2  18-4-501 - CRIMINAL MISCHIEF-UNDER $500 | | M2 | Dism by DA |
| 3  18-9-306.5 - TELEPHONE-OBSTRUCT SERVICE | | M1 | Dism by DA |

**ASSESSED FINES & COSTS**
**Count # 1**

| | |
|---|---|
| Court Costs | $21.00 |
| Court Security Cash Fund | $5.00 |
| Genetic Testing Surcharge | $2.50 |
| Victims Assistance Fund | $78.00 |
| Victim Compensation Fund | $78.00 |
| Address Confidentiality Fund | $28.00 |
| Restorative Justice Surcharge | $10.00 |
| Misdemeanor Fine | $100.00 |
| Persistent Drunk Driving Schg | $46.00 |
| Probation Supervision Fee | $600.00 |
| Jail SUSPENDED IMPOSITION: 6 Months | |
| Probation: 1 Years | |
| Drug Standardized Assessment | $45.00 |
| **TOTAL** | **$1,013.50** |

**Other Conditions of Sentence:**
DOMESTIC VIOLENCE TREATMENT/EDUCATION CLASSES TO BE COMPLETED WITHIN 1 YEAR
RESTITUTION OPEN FOR 90 DAYS                    /CLP

| GARRECHT, JAMES HERBERT | 01/07/2014 |
|---|---|
| **Judge/Magistrate** | **Date** |

| GREWAL, RISHI SINGH | 01/07/2014 |
|---|---|
| **Defendant** | **Date** |

**************************************************************NOTICE*********************
Following this hearing you are to present this form to the Clerk's Office for payment.  Payment is due by the end
of business on your Court Date.  Pursuant to §16-11-101.6, C.R.S., if the Defendant does not pay all amounts
assessed at the time of order, the Defendant shall pay an additional time payment fee.  In addition, the
Defendant may be assessed a late penalty fee each time payment is not received on or before the due date.

Case 1:15-cv-00197-REB-MEH   Document 12   Filed 03/02/15   USDC Colorado   Page 11 of 28

**COUNTY COURT, ROUTT COUNTY, COLORADO**

Court Address: Routt County Justice Center
1955 Shield Drive, P.O. Box 773117
Steamboat, CO 80477
Phone Number: 970-879-5020

| | |
|---|---|
| | ˄ **COURT USE ONLY** ˄ |
| | Case Number: 2012M 000664 |

The People of Colorado
vs
**GREWAL, RISHI SINGH**

Division: 1A

## SENTENCE ORDER

Defendant: GREWAL, RISHI SINGH          Date of Birth: 02/09/1967

| Count | | Class | Plea | Finding |
|---|---|---|---|---|
| 1 | 18-9-111(1)(a) - HARASSMENT-STRIKE/SHOVE/KICK | M3 | Plea of Guilty | Guilty |
| 2 | 18-4-501 - CRIMINAL MISCHIEF-UNDER $500 | M2 | | Dism by DA |
| 3 | 18-9-306.5 - TELEPHONE-OBSTRUCT SERVICE | M1 | | Dism by DA |

**ASSESSED FINES & COSTS**
Count # 1

| | |
|---|---|
| Court Costs | $21.00 |
| Court Security Cash Fund | $5.00 |
| Genetic Testing Surcharge | $2.50 |
| Victims Assistance Fund | $78.00 |
| Victim Compensation Fund | $78.00 |
| Address Confidentiality Fund | $28.00 |
| Restorative Justice Surcharge | $10.00 |
| Misdemeanor Fine | $100.00 |
| Persistent Drunk Driving Schg | $46.00 |
| Probation Supervision Fee | $600.00 |
| Jail SUSPENDED IMPOSITION: 6 Months | |
| Probation: 1 Years | |
| Drug Standardized Assessment | $45.00 |
| **TOTAL** | **$1,013.50** |

**Other Conditions of Sentence:**
DOMESTIC VIOLENCE TREATMENT/EDUCATION CLASSES TO BE COMPLETED WITHIN 1 YEAR
RESTITUTION OPEN FOR 90 DAYS                              /CLP

| | |
|---|---|
| GARRECHT, JAMES HERBERT | 01/07/2014 |
| Judge/Magistrate | Date |
| GREWAL, RISHI SINGH | 01/07/2014 |
| Defendant | Date |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*NOTICE\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Following this hearing you are to present this form to the Clerk's Office for payment. Payment is due by the end of business on your Court Date. Pursuant to §16-11-101.6, C.R.S., if the Defendant does not pay all amounts assessed at the time of order, the Defendant shall pay an additional time payment fee. In addition, the Defendant may be assessed a late penalty fee each time payment is not received on or before the due date.

| ___ DISTRICT COURT   ___ COUNTY COURT | |
|---|---|
| ROUTT COUNTY, COLORADO<br>1955 Shield Drive / PO Box 773117<br>Steamboat Springs, CO 80487 | |
| The People of the State of Colorado<br><br>vs.<br><br>_Rishi Grewal_ , **Defendant** | **COURT USE ONLY** |
| | Case Number:<br>12 M664 |
| **AFFIDAVIT OF COMPLIANCE WITH FIREARM AND AMMUNITION<br>RELINQUISHMENT ORDER** | |

I, _Rishi S. Gu_____ (Transferor), residing at _____
was born on _____, hereby submit this Affidavit to the Court:

☑  I do not own or have control over a firearm or ammunition.

I have satisfied the conditions of the Firearm and Ammunition Relinquishment Order by doing one of the following:

☐  I have sold/transferred possession of the firearm or ammunition to a federally licensed firearms dealer and attached the receipt to this affidavit.

☐  I have arranged for the storage of the firearm by _____, a law enforcement agency, and attached the receipt to this affidavit.

☐  I have sold/transferred the firearm or ammunition to _____, a private party who may legally possess the firearm or ammunition. I have attached a criminal background check for _____ and a receipt verifying this transfer. This individual does not reside with me in the same residence.

☐  I have made a bona fide gift or loan of the firearm or ammunition to _____, who is an immediate family member and I have attached a receipt verifying this transfer. I have also attached a criminal background check for the responsible party. This family member does not reside with me in the same residence. (An "immediate family member" includes a person over the age of 18 who is your spouse, parent, grandparent, child, sibling, grandchild, aunt, uncle, niece, nephew, or first cousin.)

### VERIFICATION AND ACKNOWLEDGMENT

I, _Rishi Gu_____, swear/affirm under penalty of perjury that I have read the foregoing Affidavit and that the statements set forth therein are true and correct to the best of my knowledge.

Date: _1/7/14_

_____ _without recourse_
Signature of Transferor

State of Colorado   )
                    ) ss.
County of           )

Subscribed, sworn to and acknowledged to me by _Rishi Grewal_ this _7_ day of _Jan_, 20_14_
My commission expires:

[SEAL]

_____
Notary Public/Deputy Clerk



☐ Municipal Court   ☒ County Court   ☐ District Court

**Eagle** County, Colorado

Eagle County Court 885 Chambers Ave Eagle CO 81631

v. **Rishi Singh Grewal**

⚠ **COURT USE ONLY** ⚠

Case Number:
Arrest Number: 18927
Warrant Number: 14m658
Division 1   Courtroom 2

## APPEARANCE BOND

**Bond Type:** ☐ Bail Bonding Agent *   ☒ Cash/Self**   ☐ Cash/Surety ***   ☐ PR/Self   ☐ PR/Surety   ☐ Property

**Bond Posted For:** ☒ Defendant   ☐ Respondent   ☐ Plaintiff   ☐ Petitioner   ☐ Child

Name of Party (print or type): **Rishi Singh Grewal**          Date of Birth: **2/9/1967**

The Party, as principal, and (print or type): **Rishi Singh Grewal**, as surety, acknowledge that we are jointly and severally bound to the People of the State of Colorado, in the penal sum of **One Thousand Dollars, $1000 Dollars**, if there is a default upon the primary condition of this Bond. The bail agent charged a premium in the amount of $0. The primary condition of this Bond is that the Party shall personally appear in the Eagle County Court 885 Chambers Ave Eagle CO 81631, On 3/2/2015 8:30 AM and at each place, and upon each date, to which this proceeding is transferred or continued, until entry of an order for deferred prosecution or deferred judgment, plea of guilty, *nolo contendere* or conviction (unless the written consent of the sureties is filed of record), to answer charges of: **Contempt Of Court**

**NOTE:** If the return date and time is a legal holiday or a weekend, the return date is a mandatory appearance on the first business day thereafter.
**Additional Conditions:** (1) Party may not leave the state without approval of the Court and the surety; (2) Party shall not commit a felony while at liberty on bail; (3) Party acknowledges the existence of a Mandatory Protection Order under §18-1-1001, C.R.S.; (4) Party shall immediately notify the Court of any change of mailing address or residence.
☐ Pursuant to §16-3-503, C.R.S. you shall execute a waiver that states you understand that the bond or fees shall be forfeited if the Defendant is removed from the country.
☐ If you have been arrested for a Felony offense, you shall sign a written waiver of extradition indicating you waive all formal proceedings in the event you are arrested in another state and you agree to be returned to Colorado.
☒ No Weapons  ☒ No Alcohol  ☒ No Drugs  ☐ No Driving Without a Valid License  ☐ Random UA's  ☐ Random BA's  ☐ Daily BA's  ☐ GPS Monitoring  ☐ Substance Abuse Monitoring  ☐ Electronic Substance Abuse Monitoring  ☐ Electronic Home Monitoring  Other_____
☐ Pre-trial Supervision _____ (contact information) ☐ Other_____   ☒ No Contact with Tammy Jacques
☒ Other  Restraining Order

If the Party fails to comply with any of the conditions of this Bond, the Court may revoke the Party's release on bail, increase the amount of bail or modify bond conditions. This Bond will be forfeited if the party does not appear in Court as required by the primary bond condition.

_____   41300 Juniper Springs Steamboat Springs Co 80487    970-309-8985
Party Signature                 Address (Street, City, State, & Zip Code)                  Telephone Number

_____   _____   _____
Surety/Bonding Agent * /Bonding Commissioner/Judge Signature    Address (Street, City, State, & Zip Code)    Telephone Number Bonding

Agent License No: _____   Power of Attorney No.:_____

_____   _____   _____
Surety Other than Bonding Agent ** Signature    Address (Street, City, State, & Zip Code)    Telephone Number

\* **Bonding Agent Certification:** Agent, by executing this Bond, warrants and represents to the Court, under oath, and under penalty of perjury: **(1)** that agent is not currently in default in payment of any final judgment upon any bail bond forfeited in any Colorado jurisdiction; **(2)** that agent is duly licensed by the State of Colorado to execute this Bond; **(3)** that agent, if a non-cash agent, is currently appointed by the corporate surety whose power of attorney accompanies this Bond.

**\*\*If the Defendant posted the bond, the Court may apply the bond deposited toward <u>any amount</u> owed by the Defendant.**

**\*\*\*Surety Cash Deposit: The bond deposited ☐may or ☐may not be applied toward <u>any amount</u> owed by the Defendant.**

Cash Surety *(Signature)* _____   Print Name _____

Any remaining amount of the bond deposited will be returned to the depositor.
Executed and Acknowledged by the above named in the presence of the undersigned at: Eagle County Detention Center.
By: Deputy **1311** Ramsey                                           By: Deputy **1311** Ramsey
Deputy Clerk/Sheriff (As to Surety/Bonding Agent)              Deputy Clerk/Sheriff (As to Defendant)

Date: 1/13/2015 11:50 AM                                          Date: 1/13/2015 11:50 AM

☐ Municipal Court ☒ County Court ☐ District Court ☐ Denver Juvenile ☐ Denver Probate

County Court, Eagle County

Court Address:     Eagle County Justice Center
                   885 Chambers Ave P.O
                   Eagle, CO. 816310597

The People of the State of Colorado

v.

Defendant: GREWAL, RISHI SINGH

Address:

RID: C0192014M 000658 -000006

FILED IN THE
COMBINED CLERK'S OFFICE

JAN 1 3 2015

EAGLE COUNTY, COLORADO
BY:

▲     **COURT USE ONLY**     ▲

Case Number: C0192014M 000658

Division: 2

## MANDATORY PROTECTION ORDER PURSUANT TO §18-1-1001, C.R.S.

| Full name of Defendant ☐ Protected Party alleges Weapon involved | Date of Birth | Sex | Race | Weight | Height | Hair Color | Eye Color |
|---|---|---|---|---|---|---|---|
| GREWAL, RISHI SINGH | 2/09/1967 | ☒M ☐F | W | 160 | 510 | BLK | BRO |

| Full name of Protected Party | Date of Birth | Sex | Race | Full name of Protected Party | Date of Birth | Sex | Race |
|---|---|---|---|---|---|---|---|
| JACQUES, TAMMY | 12/03/1965 | F | W | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**The Court finds** it is appropriate to issue this Protection Order pursuant to §18-1-1001, C.R.S.

**The Court finds** that the Defendant ☐ is ☐ is not governed by the Brady Handgun Violence Prevention Act, 18 U.S.C. §922 (d)(8) and (g)(8).

**Therefore, it is ordered that you the Defendant:**

☒  1. Shall not harass, molest, intimidate, retaliate against, or tamper with any witness to or victim of the acts you are charged with committing.

☒  2. Shall vacate the home of the victim(s) or witness(es), and stay away from any other location the victim(s) or witness(es) is/are likely to be found.

☒  3. Shall refrain from contacting or directly or indirectly communicating with the victim(s) or witness(es).

☒  4. Shall not possess, purchase, or control a firearm or other weapon.

☒  5. Shall not possess or purchase any ammunition.

☒  6. Shall relinquish, for the duration of the order, any firearm or ammunition in your immediate possession or control, or subject to your immediate possession or control, and shall do so within 24 (hours) for firearms and within 24 hours for ammunition.   If you are in custody and cannot relinquish firearms and ammunition, the court orders you to do so within 24 hours of your release from custody.   You shall file proof of the relinquishment with the court, within 3 business days of the relinquishment as required by statute.

☒  7. Shall not possess or consume alcoholic beverages or controlled substances.

☐   8. Is further ordered that: _____

_____

No Contact except NO EXCEPTIONS

| This Order remains in effect until final disposition or further order of the Court.* |

Date: _1/13/2015_____

☒ Judge   ☐ Magistrate
SULLIVAN, KATHARINE TAYLOR
Printed Name of Judicial Officer

By signing, I acknowledge receipt of this Order

Date: _1/13/2015_____
I certify that this is a true and complete copy of the original order.

Defendant

Date: _1/13/2015_____

Clerk

*"Until final disposition of the action" means until the case is dismissed, until the Defendant is acquitted, or until the Defendant completes his or her sentence.  Any Defendant sentenced to probation is deemed to have completed his or her sentence upon discharge from probation.  A Defendant sentenced to incarceration is deemed to have completed his or her sentence upon release from incarceration and discharge from parole supervision. (§18-1-1001(8)(b), C.R.S)

# IMPORTANT INFORMATION ABOUT PROTECTION ORDERS

## THIS ORDER IS IN EFFECT UNTIL THE DISPOSITION OF THIS ACTION, OR IN THE CASE OF AN APPEAL, UNTIL THE DISPOSITION OF THE APPEAL.

This order is accorded full faith and credit and shall be enforced in every civil or criminal court of the United States, Indian Tribe or a United States Territory pursuant to 18 U.S.C. Sec. 2265. The issuing court has jurisdiction over the parties and the subject matter. The Defendant has been given reasonable notice and opportunity to be heard.

## NOTICE TO DEFENDANT

- √ **A knowing violation of a Protection Order is a crime under §18-6-803.5, C.R.S.** A violation may subject you to fines of up to $5,000.00 and up to 18 months in jail. A violation will also constitute contempt of court.
- √ You may be arrested without notice if a law enforcement officer has probable cause to believe that you have knowingly violated this Order.
- √ If you violate this Order thinking that a victim or witness has given you permission, **you are wrong,** and can be arrested and prosecuted.
- √ The terms of this Order cannot be changed by agreement of the victim(s) or witness(es). **Only the Court can change this Order.**
- √ You may apply at any time for the modification or dismissal of this Protection Order.
- √ Possession of a firearm while this Protection Order is in effect or following a conviction of a misdemeanor crime of domestic violence, may constitute a felony under Federal Law 18 U.S.C. §922(g)(8) and (g)(9).
- √ Firearm and ammunition relinquishment must be in accordance with §18-1-1001(9)(b), C.R.S. Failure to comply with the order to relinquish may result in an arrest warrant.

## NOTICE TO LAW ENFORCEMENT OFFICERS

- √ You shall use every reasonable means to enforce this Protection Order.
- √ You shall arrest, or take into custody, or if an arrest would be impractical under the circumstances, seek a warrant for the arrest of the Defendant when you have information amounting to probable cause that the Defendant has violated or attempted to violate any provisions of this Order and the Defendant has been properly served with a copy of this Order or has received actual notice of the existence of this Order.
- √ You shall enforce this Order even if there is no record of it in the Protection Order Central Registry.
- √ You shall take the Defendant to the nearest jail or detention facility utilized by your agency.
- √ You are authorized to use every reasonable effort to protect the Protected Parties to prevent further violence.
- √ You may transport, or arrange transportation to a shelter for the Protected Parties.

## NOTICE TO PROTECTED PERSON

- √ You may request the prosecuting attorney to initiate contempt proceedings against the Defendant.

Eagle Combined Courts
885 Chambers Ave.
PO Box 597
Eagle, CO 81631

**PEOPLE OF THE STATE OF COLORADO**

**VS.**

**Defendant:**

▲   **COURT USE ONLY**   ▲

| Attorney or Party Without Attorney (Name and Address): | Case Number: |
|---|---|
| Phone Number:          E-mail: <br> FAX Number:          Atty. Reg.#: | Division:      Courtroom: |

### AFFIDAVIT OF COMPLIANCE WITH FIREARM AND AMMUNITION RELINQUISHMENT ORDER

I, _____ (name) hereby submit this Affidavit to the court:

☐   I do not own or have control over a firearm or ammunition.

I have satisfied the conditions of the Firearm and Ammunition Relinquishment Order by doing one of the following:

☐   I have sold/transferred possession of the firearm or ammunition to a federally licensed firearms dealer and attached the receipt to this affidavit.

☐   I have arranged for the storage of the firearm by _____ a law enforcement agency, and attached the receipt to this affidavit.

☐   I have sold/transferred the firearm or ammunition to _____, a private party who may legally possess the firearm or ammunition. I have attached a criminal background check for _____ and a receipt verifying this transfer.

☐   I have made a bona fide gift or loan of the firearm or ammunition to _____, who is an immediate family member and I have attached a receipt verifying this transfer. An "immediate family member" includes a person over the age of 18 who is your spouse, parent, grandparent, child, sibling, grandchild, aunt, uncle, niece, nephew, or first cousin.

### VERIFICATION AND ACKNOWLEDGEMENT

I, _____, swear and affirm under penalty of perjury that I have read the foregoing Affidavit and that the statements set forth therein are true and correct to the best of my knowledge.

Date:

_____
Signature

_____
Address

_____
City, State, Zip

_____
Telephone Number

STATE OF COLORADO
COUNTY OF _____
Subscribed, sworn to, and acknowledged to me by _____, this _____ day of _____, 20__
My Commission Expires: _____
STATE OF COLORADO

_____
Notary Public/Deputy Clerk

RID:C0192014M 000658-000004

DOCKET#: C0192014M 000658 004   COUNTY COURT, EAGLE COUNTY                    2
------------------------------------------------------------------------
WARRANT BY AFFIDAVIT
------------------------------------------------------------------------

                    The People of the State of Colorado vs GREWAL, RISHI SINGH

The People of the State of Colorado to any officer duly authorized  to
execute warrants within the State of Colorado.  You are commanded to arrest:

Party: GREWAL, RISHI S

                                        Address:

DOB :  2/09/67        Race: Caucasian
Hght: 5' 10"          Hair: Black
Wght: 160 Sex: M      Eyes: Brown

Charges:
Cnt # 1      18-6-803.5(1)(a)
             VIOLATION P/O-CIVIL                          M2


Pursuant to Rule 5, Colorado Rules of Criminal Procedure, the arrested
person is to be taken before the nearest available county court, or shall
be brought before this court, unless released on bond.

Warrant Issued To:  Avon Police Dept
Further Instructions: Bond Amt:        .00 Type: No Bond
Expires:
NO BOND HOLD/MUST SEE JUDGE
BOND RETURNABLE ANY WED AT 830 AM
EAGLE COUNTY COMBINED COURT BOX 597 885 CHAMBERS EAGLE CO 81631
BOND TYPE: No Bond


Dated: 12/30/2014

                                    Clerk of Court
                                    County Court, Eagle County
     County Court Judge
     By:
------------------------            ------------------------
JUDGE/MAGISTRATE                    DEPUTY CLERK


------------------------------------------------------------------------
RETURN OF SERVICE
------------------------------------------------------------------------
    I certify I arrested this party on _____ at
_____ , _____ County, Colorado.
          Location                    Date and Time

    Fees: _____  _____

 Mileage: _____            Officer

  Return: _____  _____

Warrant #: _____

14 M 658

## COUNTY COURT, EAGLE COUNTY, COLORADO

CASE NUMBER _2014-000964_NCIC_____CCIC _____
APPROVED BY DA: ☒ INITIALS J.K.

FILED IN THE
COMBINED CLERK'S OFFICE

DEC 3 0 2014

EAGLE COUNTY, COLORADO
BY: _____

WARRANT FOR ARREST UPON AFFIDAVIT

THE PEOPLE OF THE STATE OF COLORADO

VS. Rishi Singh Grewal

DOB: 02-09-67

PHYSICAL DESCRIPTION: A white male, 5'10" tall, 160 lbs, with black hair and brown eyes.

THE PEOPLE OF THE STATE OF COLORADO

To: Any Peace Officer or any person authorized by law to execute warrants with the State of Colorado:

You are hereby commanded to arrest  Rishi Singh Grewal,
and bring him/her without necessary delay before the County Court in and for the County of Eagle, Colorado, it appearing from an affidavit sworn before me relating facts sufficient to establish probable cause that the offense(s) of:

C.R.S. Violation of restraining order-18-6-803.5(1) a class 1 misdemeanor

was committed and probable cause that Rishi Singh Grewal committed these offense(s).

Bail fixed by the Court in the amount of $ _No Bond, Must See J.Dge._

Dated this 30th day of December, 2014 .

_____
Judge

719 486 5006       Lake County Combined C                    11:48:55 a.m.    12-30-2014       8/11

STATE OF COLORADO    )                          RETURN OF
SERVICE
COUNTY OF EAGLE      )

I duly served the within warrant by arresting _____ as
required on _____ , 20 .

_____
                    Officer

_____
                    Title

*Refused for Cause*

STATE OF COLORADO )     EAGLE COUNTY, COLORADO    AFFIDAVIT IN SUPPORT
                 ) ss.   BY: _____
COUNTY OF EAGLE     )                           OF AN ARREST WARRANT

I, Aurion Hassinger, your Affiant, being duly sworn upon his oath, deposes and says:

THAT, your Affiant, is a Police Officer with the Avon Police Department and has been employed by the Avon Police Department since October 16 of 2006.

The following information is provided in support of an Arrest Warrant for Rishi Singh Grewal for the crime of C.R.S. Violation of restraining order/18-6-803.5(1).

THAT, On December 26, 2014 at approximately 2316 hours I responded to 220 West Beaver Creek Blvd, in the Town of Avon, Eagle County, Colorado on a report of harassment.

Upon arrival I met with the reporting party, identified as Tammy A Jacques. Tammy has been a resident at the address I contacted her at since 07-26-14. Tammy stated that her ex-husband and father of her two children, identified as Rishi Singh Grewal, had been writing her emails; harassing her.

Tammy stated that in addition to the content of the emails that identified the sender as Rishi she recognized the email address that sent her the emails to be the email address that Rishi has been using since August of 2007.

Tammy stated that she had first become involved in a romantic relationship with Rishi in 1989 and that she and Rishi had married in October of 1993.

Tammy explained that there is a history of domestic violence in her relationship with Rishi. Tammy said that the issues of domestic violence started occurring in the early 90's. Tammy made mention of two specific incidents in conjunction with her general statement that the relationship was inundated with domestic violence. Tammy stated that in 2006 Rishi had thrown hot water on her while she was holding their baby. Tammy turned to protect the baby in her arms and the hot water scalded her neck. Tammy stated that she got medical attention for the burns but did not disclose its cause. Tammy also stated that in 1993 Rishi had punched her in the face breaking her nose.

Tammy stated that she was frightened about how Rishi was going to react to her initiating another investigation against him. Tammy stated that Rishi has been arrested for domestic violence at least three times. I checked Rishi's criminal history and noted that he had three arrests for domestic violence occurring 01-01-04, 12-23-13 and 07-23-14.

Tammy stated that she and Rishi are divorced and there is a restraining order in place. Clearing Tammy's name through Vail Dispatch I was informed that there were two restraining orders in place restraining Rishi from Tammy.

I read the protection orders and learned that the first, of the two active restraining orders, had been issued on 12-24-13 and modified on 12-31-13 allowing Rishi to have contact with Tammy. The second protection order was issued on 07-24-14 and had been modified on 12-10-14 to allow Rishi to contact Tammy but specified that the contact be for reasons related to visitation of his children.

Tammy stated that Rishi had never abided by the restraining orders and had continued contact with her the entire time. Tammy estimated that Rishi had sent her one hundred emails since the last restraining order had been put in place. When Tammy was asked why she had not reported the violations before she stated that the situation had reached a new level of concern over the prior three days. She had been trying to pacify Rishi and not resist his contact or make an issue out of his violations. Recently Rishi's emailing and calling had become incessant. Tammy estimated that, in the prior three days, Rishi had sent her fifty emails, twenty texts and twenty voicemails.

Tammy forwarded a number of Rishi's emails to her to me. I could see in the headers the dates that the emails had been sent to Tammy.

The emails that I read did not concern arranging visitation with their children. They were pleading emails trying to get Tammy to get back together with Rishi and not be with her new boyfriend.

I noted that two of the emails that Tammy forwarded to me had been sent to her on 11-30-14 which is before the restraining order had been modified allowing Rishi to have contact with Tammy in regards to visitation with their children.

THAT, Rishi Singh Grewal is described as A white male, 5'10" tall, 160 lbs, with black hair and brown eyes.

THAT, based upon the information set out above your Affiant believes that there is probable cause to issue an Arrest Warrant for the crime(s) of 18-6-803.5(1) C.R.S. for   Violation of a restraining order.

Further your Affiant sayeth not.

Done and signed this 28TH day of DEC , 2014 .

_____
Affiant

Subscribed and sworn before me this 28 day of Dec , 2014 .

Witness my hand and official seal.



Notary

Subscribed and sworn before me this 29th day of December 2014 .

Witness my hand and official seal.



Judge

**RECEIPT**



**EAGLE COUNTY**

## Eagle County Clerk and Recorder
### Teak J Simonton
PO Box 537
500 Broadway #101
Eagle, Colorado  81631

# *38799*

| CUSTOMER INFORMATION | TRANSACTION INFORMATION | PAYMENT SUMMARY | |
|---|---|---|---|
| | Transaction #:  38799 | Total Fees: | $1.25 |
| | Receipt #:  201500882 | Total Payments: | $1.25 |
| | Cashier Date:  1/26/15  9:30 | Balance Due: | $0.00 |
| | Cashier By:  dsarthou | | |
| | Print Date:  1/26/2015   9:30:54 | | |

| 1    Payment | |
|---|---|
| Cash | $1.25 |

| 1    Miscellaneous Item |
|---|
| COPY |

| | Fees: | Certified Copy | $1.00 |
|---|---|---|---|
| | Fees: | Copies- $0.25 | $0.25 |

Tendered lawful
money per  12 USC 411

I N T E G R A T E D   C O L O R A D O   O N L I N E   N E T W O R K   ( I C O N )

```
Status: RSTD       MROG        County Court, Eagle County
Case #: 2014 M 000658      Div/Room: 2     Type: Protection Order Violation
           The People of the State of Colorado vs GREWAL, RISHI SINGH

                                                    DV STATUS:
Case File Date: 12/30/2014   Case Close Date:         Appealed: N
                             Confidential Intermediary.............:


                    Bar #   Name
     Judicial Off...: 030946   KATHARINE TAYLOR SULLIVAN
     Alt Jud Officer: 000000
                    Description              Stat Date      Time    Rm/D
     Trial.........:                                         0:00
     Next Schd Event: Arraignment                 3/02/2015  8:30 A
     Last Schd Event: Hearing on Advisement   HELD 1/13/2015 11:15 A
     Last Event.....: Return of Service on Warrant n/a  1/13/2015


     Attorney(s)....: N


     Agency: Avon Police Dept          Agency Case #: 2014964
     Ticket/Summons Number(s):            Arrest#:


     Warrant.........: RSWT  Warrant Date: 1/13/2015 Expired Date:
     Party on Warrant: GREWAL, RISHI SINGH
     Change of Venue.:       Agency

     Bond(s)................: Y  +

     Sentence Date...........:
     Detention Location.......:
     Supervising Agency......:
     Probation Officer.......:
                              ----- PARTIES -----
PARTY  ROL STS    NAME                        ATTORNEY              ROL
DEF  1 RST    GREWAL, RISHI SINGH
              Date of Birth..........: 02/09/1960
              Sex....................: Male
              Race...................: Caucasian
              Height.................: 510
              Weight.................: 160
              Hair Color.............: Black
              Eye Color..............: Brown
PPL  1             THE PEOPLE OF THE STATE OF C
                              ----- OTHER PEOPLE -----
ROLE          NAME
VIC  1 PRA          *** Victim ***
VIC  2 PRA          *** Victim ***
   CNT STS STATUTE NUMBER      CHARGE DESCRIPTION            CLASS
     1 ( ) 18-6-803.5(1)(a)    VIOLATION P/O-CIVIL           M2
       Offense Date: From: 12/26/2014 To: 12/26/2014 Time: 11:16 PM BAC: .000
       Arrest Date.......:        Time:          Ticket #:
FILE DATE   EVENT DESCRIPTION
12/30/2014  Affidavit for Arrest Warrant     Event ID: 000001   E-Filed: N
```

```
FILE DATE    EVENT DESCRIPTION
12/30/2014   Warrant  Upon Affidavit        Event ID: 000002    E-Filed: N
             DEF/  GREWAL, RISHI SINGH
DOMESTIC VIOLENCE
BOND RETURNABLE ANY WED AT 900 AM
EAGLE COUNTY COMBINED COURT BOX 597 885 CHAMBERS AVENUE EAGLE CO 81631    /RDH
BOND TYPE: No Bond
             Related Event  WCAN Warrant Cancelled           12/30/2014
12/30/2014   Warrant Cancelled              Event ID: 000003    E-Filed: N
             Related Event  WAFF Warrant Upon Affidavit       12/30/2014
12/30/2014   Warrant Upon Affidavit         Event ID: 000004    E-Filed: N
             DEF/  GREWAL, RISHI SINGH
NO BOND HOLD/MUST SEE JUDGE
BOND RETURNABLE ANY WED AT 830 AM
EAGLE COUNTY COMBINED COURT BOX 597 885 CHAMBERS EAGLE CO 81631          /RDH
BOND TYPE: No Bond
             Related Event  RSWT Return of Service on Warrant   01/13/2015
01/13/2015   WARANT CANCELED BY LAW ENFORCE  Event ID: 000005    E-Filed: N
Date of Arrest: 01/13/2015  Arrest #: 2014964            Bond Amt: $.00
Arresting Agency: WARRANT CANCELED DUE TO ARREST ON 20150113 BY EAGLE COUNTY S
HERIFF OFFICE
Person Arrested: RISHI SINGH GREWAL  Msg From:  HUEBNER,JO
             Related Event  WAFF Warrant Upon Affidavit       12/30/2014
01/13/2015   Mandatory Protection Ord Grant  Event ID: 000006    E-Filed: N
             DEF/RST GREWAL, RISHI SINGH
             VIC/PRA *** Victim ***
Expiration Date: 01/13/2016
Shall not harrass, injure, molest, intimidate, threaten, retaliate against
or tamper with any witness to or victim of the acts you are charged with
committing.
Shall vacate the home of the victim(s) and stay away from any other location
the victim(s) is/are likely to be found.
Shall refrain from contacting or directly or indirectly communicating with
the victim(s)
Shall not possess or control a firearm or other weapon.
Shall not possess or consume alcoholic beverages or controlled substances
No Contact except NO EXCEPTIONS
Shall not possess or purchase any ammunition.
Shall relinquish, for the duration of the order, any firearm or ammunition in
your immediate possession or control, or subject to your immediate possession
or control and shall do so within 24 (hours) for firearms and
within 24 hours for ammunition.
01/13/2015   Return of Service Protect Ord   Event ID: 000007    E-Filed: N
             Related Event  MROG Mandatory Protection Ord Grant  01/13/2015
01/13/2015   Return of Service on Warrant    Event ID: 000008    E-Filed: N
             Related Event  WAFF Warrant Upon Affidavit       12/30/2014
FILE DATE    SCHEDULED EVENT DESCRIPTION     SCHD DATE    TIME      ROOM  PRI
01/13/2015   Hearing on Advisement           01/13/2015  11:15 AM  1
     Officer: KATHARINE TAYLOR SULLIVAN         Length:  1.00 Hour(s)
     Status.: HELD-Hearing Held
01/13/2015   Arraignment                     03/02/2015  08:30 AM  2
     Officer: KATHARINE TAYLOR SULLIVAN         Length:  1.00 Hour(s)
                          BOND INFORMATION
Bond Id Number.....:   1        Bond Status....: NOBD
Set Date...........: 12/30/2014  Set Amount.....: $0.00        Type: NOBD
```

BOND INFORMATION

```
Post Date..........:          Post Amount....:                Type:
Bond Instructions:
May use for Fines and Costs:
May be released to Defendant:
Bond Id Number.....:   2      Bond Status....: NOBD
Set Date...........: 12/30/2014  Set Amount.....: $0.00         Type: NOBD
Post Date..........:          Post Amount....:                Type:
Bond Instructions:
May use for Fines and Costs:
May be released to Defendant:
Bond Id Number.....:   3      Bond Status....: PSTD
Set Date...........: 01/13/2015  Set Amount.....: $1,000.00     Type: CS
Post Date..........: 01/13/2015  Post Amount....: $1,000.00     Type: CASH
Surety.............: GREWAL, RISHI SINGH
Bond Instructions:
May use for Fines and Costs:
May be released to Defendant:
  Conditions:
  RESTRAINING ORDER

               End of Case: 2014 M  000658
```